ACCEPTED
01-14-00914-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 8:19:19 AM
CHRISTOPHER PRINE
CLERK

CASE NO. 01-14-00914-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 8:19:19 AM
CHRISTOPHER A. PRINE
Clerk

JAY COHEN, *APPELLANT*

v.

MIDTOWN MANAGEMENT DISTRICT, ET AL, *APPELLEES*

On Appeal from the 133rd Judicial District Court of Harris County, Texas,
Trial Court Case No. 2013-16814

## HARRIS COUNTY APPELLEES' BRIEF

LINEBARGER GOGGAN BLAIR
& SAMPSON, LLP

4828 Loop Central Drive, Suite 600
Houston, Texas 77081
(713) 844-3400 main phone
(713) 844-3504 fax
Edward J. (Nick) Nicholas
State Bar No. 14991350
Nick.Nicholas@LGBS.com
Anthony W. (Tony) Nims
State Bar No. 15031500
Anthony.Nims@LGBS.com

ATTORNEYS FOR HARRIS
COUNTY APPELLEES

**ORAL ARGUMENT REQUESTED**

JAY COHEN, *APPELLANT*

v.

MIDTOWN MANAGEMENT DISTRICT, ET AL, *APPELLEES*

## IDENTITY OF THE PARTIES AND COUNSEL

"Appellant" Jay Cohen correctly identified the parties, but for purposes of clarity, the Appellees (Plaintiffs) will be referred to as the "Midtown Appellees", the Appellees (Intervenors) will be referred to as the "Harris County Appellees", and both will be referred to collectively as the "Appellees".

**TABLE OF CONTENTS**

INDEX OF AUTHORITIES ................................................................ iv

STATEMENT REGARDING ORAL ARGUMENT ...................................... 1

STATEMENT OF THE CASE ........................................................... 2

STATEMENT OF FACTS ............................................................... 4

SUMMARY OF THE ARGUMENT ................................................... 7

ARGUMENT AND AUTHORITIES ..................................................... 9

    I.  THE FIRST AND SECOND NUNC PRO TUNC
       JUDGMENTS WERE PROPERLY ISSUED .............................. 9

       A.    THE PURPOSE OF A JUDGMENT NUNC PRO TUNC ... 9

       B.    THE TRIAL COURT'S INHERENT POWER .................. 10

       C.    THE TRIAL COURT DETERMINES WHAT
            JUDGMENT WAS RENDERED ......................................... 10

       D.    THE TRIAL COURT DETERMINED THAT
            THE JUDGEMENTS ENTERED DID NOT
            CORRESPOND TO THE JUDGMENT RENDERED ........ 11

            • THE FIRST NUNC PRO TUNC JUDGMENT ................. 11

            • THE SECOND NUNC PRO TUNC JUDGMENT ............ 13

    II.  APPELLANT'S ISSUES HAVE NO MERIT ............................. 15

       A.    ISSUE NO. 1.  APPELLANT'S ISSUE NO. 1 HAS
            NO MERIT BECAUSE THE FIRST AND SECOND
            NUNC PRO TUNC JUDGMENTS ARE BASED ON
            SUFFICIENT EVIDENCE ................................................. 16

B.     ISSUE NO. 2. APPELLANT'S ISSUE NO. 2 HAS NO MERIT BECAUSE IT IS BASED ON A FALSE PREMISES, I.E. THAT THE FINAL JUDGMENT DID NOT AWARD HISD A JUDGMENT AGAINST APPELLANT ....................................................................... 18

C.     ISSUE NO. 3. APPELLANT'S ISSUE NO. 3 HAS NO MERIT FOR THE SAME REASON, AND BECAUSE HCCS WAS A NAMED PLAINTIFF TAXING UNIT WHO WAS AWARDED A JUDGMENT AGAINST APPELLANT ............................... 19

III.   APPELLANT FAILED TO PROVE ANY REVERSIBLE ERROR OCCURRED, OR THAT THE TRIAL COURT ABUSED ITS DISCRETION ............................ 20

CONCLUSION AND PRAYER FOR RELIEF ............................................. 22

CERTIFICATE OF COMPLIANCE ............................................................23

CERTIFICATE OF SERVICE ..................................................................... 23

APPENDIX ............................................................................................... 24

Tab 1:   Harris County's Original Intervention (SCR2 at 3-6)

Tab 1A:  Original Intervention Exhibit A – Harris County Appellees' Certified Tax Records (SCR2 at 7-15)

Tab 2:   Transcript of November 15, 2013 Final Trial (RR Vol. 1, p. 1-7)

Tab 2A:  Trial Exhibit A – Harris County Appellees' Certified Tax Records (RR Vol. 2)

# INDEX OF AUTHORITIES

**Cases**                                                                                        **Page**

*America's Favorite Chicken Co. v. Galvan*, 897 S.W.2d 874, 877
        (Tex.App.-San Antonio 1995, writ denied)  ........................................... 11

*Andrews v. Koch*, 702 S.W.2d 584, 585 (Tex. 1986) ........................................ 9

*Barton v. Gillespie*, 178 S.W.3d 121, 127 (Tex.App.-Houston
        [1st Dist.] 2005, no pet.) ........................................................................ 17

*Batson v. Bentley*, 4 S.W.2d 577, 578 (Tex.Civ.App.-Amarillo 1928,
        no pet.)..................................................................................................... 12

*Burgess v. Burgess*, 834 S.W.2d 538, 540 (Tex.App.-Houston
        [1st Dist.] 1992, no writ).................................................................... 10, 15

*Carlyle Real Estate Ltd. P'ship-X v. Leibman*, 782 S.W.2d 230, 233
        (Tex.App.-Houston [1st Dist.] 1989, no writ.) ........................................ 12

*Cire v. Cummings*, 134 S.W.3d 835, 838-39 (Tex.2004) ................................. 21

*Claxton v. (Upper) Lake Fork Water Control and Imp. Dist. No. 1,*
        220 S.W.3d 537, 545 (Tex.App.-Texarkana 2006, pet. denied) ...... 16, 17

*Coleman v. Zapp*, 151 S.W. 1040, 1041 (Tex. 1912)  ..................................... 10

*Davis v. City of Austin*, 632 S.W.2d 331, 333 (Tex. 1982).............................. 14

*Escobar v. Escobar*, 711 S.W.2d 230, 231 (Tex. 1986) .............................. 9, 11

*Ex parte Hogan*, 916 S.W.2d 82, 85 (Tex.App.-Houston [1st Dist.]
        1996, orig. proceeding) ......................................................................... 11

*Ferguson v. Naylor*, 860 S.W.2d 123 127 (Tex.App.-Amarillo 1993,
        writ denied) ............................................................................................ 10

*Fiske v. Fiske*, No. 01-03-00048-CV, 2004 WL 1847368, at *5
(Tex.App.-Houston [1st Dist.] Aug. 19, 2004, no pet.) (mem.op.) ........ 15

*Ft. Worth & D.C. Ry. Co. v. Roberts*, 81 S.W. 25, 26 (Tex. 1904) ................. 17

*Hernandez v. Lopez*, 288 S.W.3d 180, 189-90 (Tex.App-Houston
[1st Dist.] 2009, no pet) .............................................................. 9, 11, 20

*In re Barber*, 982 S.W.2d 364, 366 (Tex. 1998) .............................................. 21

*LaGoye v. Victoria Wood Condominium Ass'n*, 112 S.W.3d 777, 783
(Tex.App.-Houston [14th Dist.] 2003, no pet.) ........................................ 9

*Operation Rescue-National v. Planned Parenthood of Houston and
Southeast Texas, Inc.*, 937 S.W.2d 60, 86 (Tex.App.-Houston
[14th Dist.] 1996, *aff'd as modified on other grounds*, 975 S.W.2d
546 (Tex. 1998)) .................................................................................... 17

*Perry Homes v. Cull*, 258 S.W.3d 580, 602 (Tex. 2008) ................................ 21

*Pruet v. Coastal States Trading, Inc.,* 715 S.W.2d 702, 704 (Tex.App.
-Houston [1st Dist.] 1986, no writ) .................................................. 13, 17

*Randle v. Randle*, No. 01-96-00459-CV, 1997 WL 7026, at *2
(Tex.App.-Houston [1st Dist.] 1997, no pet.) (op. per curiam) ....... 10, 11

*Riner v. Briargrove Park Prop. Owners, Inc.*, 976 S.W.2d 680, 683
(Tex.App.-Houston [1st Dist.] 1997, no writ) .................................... 13, 16

*Sederholm v. Neville*, No. 01-12-00215-CV, 2014 WL 2625633, at *3
(Tex.App.-Houston [1st Dist.] Jun 12, 2014, no pet.) (mem. op.) ........ 20

*Shelby v. Shelby*, 517 S.W.2d 696, 697-98 (Tex.App.-Houston [1st Dist.]
1974, writ ref'd n.r.e.) ........................................................................ 10

*SLT Dealer Group, Ltd. v. AmeriCredit Fin. Services, Inc.,* 336 S.W.3d
822, 832-33 (Tex.App.-Houston [1st Dist.] 2011, no pet.) ................... 15

*Thompson v. Tex. Dept. of Human Resources*, 859 S.W.2d 482, 484
(Tex.App.-San Antonio 1993, no writ) ..................................................... 11

*Unifund CCR Partners v. Villa*, 299 S.W.3d 92, 97 (Tex. 2009) .................... 21

*Universal Underwriters Ins. Co. v. Ferguson*, 471 S.W.2d 28, 29-30
(Tex. 1971) ................................................................................. 10

*Wedgeworth v. Pope*, 12 S.W.2d 1045, 1047 (Tex.Civ.App.-Fort Worth
1928, writ ref'd) .......................................................................... 15

*Wood v. Paulus*, 524 S.W.2d 749, 755 (Tex.Civ.App.-Corpus Christi
1975, writ ref'd n.r.e.) .................................................................. 17

*Zamora v. Salinas*, 422 S.W.2d 249, 251 (Tex.App.-Corpus Christi 1967,
writ ref'd n.r.e.) ......................................................................... 14

**Statutes, Regulations & Rules**　　　　　　　　　　　　　　　**Page**

TEX. PROP. TAX. CODE § 33.47 ........................................... 5, 14, 15, 21

TEX. R. APP. P. 9.4(i)(1) ................................................................. 23

TEX. R. APP. P. 38.1(d) ................................................................... 2

TEX. R. APP. P. 38.1(g) ................................................................... 4

TEX. R. APP. P. 39 ........................................................................ 1

TEX. R. APP. P. 44.1 ..................................................................... 20

**STATEMENT REGARDING ORAL ARGUMENT**

The Harris County Appellees request oral argument and believe that the customary time limits should apply.  Rule 39, TEX. R. APP. P.

## STATEMENT OF THE CASE

The Harris County Appellees object to Appellant's Statement of the Case in its entirety because it contains argument, is not supported by record references, and discusses alleged and contested facts. (Brief at 8-9). Rule 38.1(d), TEX.R.APP.P. As a result, the Harris County Appellees offer the following Statement of the Case in the alternative:

<u>Harris County Appellees' Statement of the Case</u>

On March 21, 2013, the Midtown Appellees filed their Original Petition against Appellant. (CR at 4-8, "Petition")[1]. The Petition sought to recover property taxes allegedly owed by the Appellant. (*Id.*). On June 3, 2013, Appellant filed his Original Answer and asserted a general denial. (CR at 9). On July 26, 2013, the Harris County Appellees filed their Original Intervention ("Intervention"). (SCR2 at 3-6, Appellee's App. Tab 1). Delinquent Tax Statement Summaries for Appellant's Real Property[2] were attached to, and incorporated in, the Intervention. (SCR2 at 3-6 and 7-15, Appellee's App. Tabs 1 and 1A) ("Delinquent Tax Records").

---

[1] Citations made herein are to the Original Clerk's Record ("CR"), the First Supplemental Clerk's Record ("SCR1"), the Second Supplemental Clerk's Record ("SCR2"), Volumes 1 and 2 of the Reporter's Record ("RR Vol. 1" and "RR Vol. 2", respectively), Appellant's Appendix ("Appellant's App. Tab #"), and Appellees' Appendix ("Appellee's App. Tab #").

[2] "Real Property" means and includes the real property identified by Harris County Tax Assessor-Collector Account No: (1) 002-146-000-0008 (SCR2 at 7, "Tract 1"), (2) 019-190-000-0006 (SCR2 at 9-10, "Tract 2")), (3) 061-168-034-0003 (SCR2 at 11, "Tract 3"), (4) 019-268-000-0010 (SCR2 at 12-13. "Tract 4"), and (5) 019-203-001-0009 (SCR2 at 14-15. "Tract 5"), (Appellees' App. Tab 1A).

The case was tried in the 133rd Judicial District Court of Harris County, Texas ("Trial Court") on November 15, 2013. (RR Vol. 1, p. 1-7 and RR Vol. 2, p. 1, Appellees' App. Tabs 2 and 2A). On that same day the Trial Court orally rendered Judgment for the Plaintiffs, and then entered a written Final Judgment which awarded Judgment to the "Plaintiff Taxing Units whether Plaintiff(s), Intervenor(s) or Impleaded Plaintiff(s)." (RR Vol. 1, p. 5, l. 24, Appellees' App. Tab 2; SCR2 at 25-58, Appellant's App. Tab 1).

Thereafter, on July 25, 2014 and May 21, 2015, the Trial Court issued Orders for Judgment Nunc Pro Tunc, and the First and Second Nunc Pro Tunc Judgments. (SCR2 at 22-91, Appellant's App. Tab 2[3] and Order; and 98-107, Appellant's App. Tab 3[4] and Order, respectively).

Appellant filed his Notice of Appeal on November 17, 2014. (CR at 117-19).

---

[3] Appellant refers to this document as the "Revised Second Order of Final Judgment", but the document is titled "Nunc Pro Tunc Final Judgment". (Appellant's App. Tab 2). Therefore Appellees refer to this document as the "First Nunc Pro Tunc Judgment."

[4] Appellant refers to this document as the "Revised Third Order of Final Judgment", but the document is titled "Nunc Pro Tunc Final Judgment". (Appellant's App. Tab 3). Therefore Appellees refer to this document as the "Second Nunc Pro Tunc Judgment."

**STATEMENT OF FACTS**

The Harris County Appellees object to Appellant's Statement of Facts because it is incomplete. Rule 38.1(g), TEX.R.APP.P. Therefore, the Harris County Appellees offer the following facts as a clarification of, or supplement to, Appellant's Statement of Facts.

On July 26, 2013, the Harris County Appellees filed their Intervention. (SCR2 at 3-6 and 7-15, Appellees' App. Tabs 1 and 1A). The Intervention named the Harris County Appellees, including Houston Independent School District ("HISD") and Houston Community College System ("HCCS"), as the Intervenors. (SCR2 at 3, ¶ I, Appellees' App. Tab 1). Delinquent Tax Records were attached to the Intervention as Exhibit A, and the Intervention states they are "attached hereto and made a part hereof by reference for all purposes." (SCR2 at 3-6 and 7-15, Appellees' App. Tabs 1 and 1A; SCR2 at 4, ¶ III, Appellees' App. Tab 2). The Delinquent Tax Records list the taxing units which are owed taxes, penalties and interest, and HISD (Tax Unit Code #1) and HCCS (Tax Unit Code #48) are included in the list. (SCR2 at 7-15, Appellees' App. Tab 1A).

The case was called to trial on November 15, 2013 but Appellant failed to appear. (RR Vol. 1, p. 1; RR Vol. 1, p. 4, l. 14-25, Appellees' App. Tab 2). Thereafter, the Midtown Appellees, and then the Harris County Appellees, introduced Delinquent Tax Records into evidence. (RR Vol. 1, p. 5, l. 2-11,

4

Appellees' App. Tab 2 and RR Vol. 2, Plaintiffs' Exhibits A and B; RR Vol. 1, p. 5, l. 13-23 and RR Vol. 2, Harris County Exhibits A and B, Appellees' App. Tabs 2 and 2A).

Pursuant to § 33.47 of TEX. PROP. TAX CODE, the Midtown Appellees Exhibit A was prima facie proof that Appellant owed them taxes, penalties and interest. (RR Vol. 2, Plaintiff's Exhibit B). Likewise, the Harris County Appellees' Exhibit A proved that Appellant owed them - *including HISD and HCCS* - taxes, penalties and interest. (RR Vol. 2, Harris County Exhibit A, Appellees' App. Tab 2A). Furthermore, the amounts identified as being owed to HCCS (Tax Unit Code #48) in Exhibit A, match the amounts listed as being owed to HCCS in the Second Nunc Pro Tunc Judgment. (SCR2 at 100-101, Appellant's App. Tab 3).[5]

After Appellees presented their prima facie cases, the Trial Court orally rendered judgment for the Appellees, and then issued its written Final Judgment. (RR Vol. 1, p. 5, l. 24, Appellees' App. Tab 2; SCR2 at 25-58, Appellant's App. Tab 1). The Final Judgment identified both HCCS as an Intervenor, and HISD as a taxing unit. (SCR2 at 25, and 27-28, Appellant's App. Tab 1).

Thereafter the Trial Court issued an Order finding that the Final Judgment did not match the Judgment rendered because the Final Judgment shows that Appellant

---

[5]    *See* Harris County Appellees' Exhibit A (RR Vol. 2, Exhibit A, Appellees' App. Tab 2A), and the Second Nunc Pro Tunc Judgment (SCR2 at 100-101, Appellant's App. Tab 3).

5

owed taxes, penalties and interest to HISD, but HISD was not listed as a Plaintiff on the first page of the Final Judgment. (SCR2 at 91, Appellant's App. Tab 2)[6]  As a result, the Trial Court issued its First Nunc Pro Tunc Judgment which identified all of the Harris County Appellees, including HISD and HCCS, on the first page. (SCR2 at 82, Appellant's App. Tab 2).

Subsequent thereto, the Midtown Appellees filed a Motion for Second Judgment Nunc Pro Tunc because, although: (i) HCCS was identified as a Plaintiff Taxing Unit, (ii) the Final Judgment awarded HCCS relief, and (iii) the Delinquent Tax Records prove that Appellant owed taxes, penalties and interest to HCCS, HCCS was not listed in the Recovery Chart.[7] (SCR2 at 94-97).  As a result, the Trial Court found that the Final Judgment and the First Nunc Pro Tunc Judgment did not match the Judgment rendered, and issued the Second Nunc Pro Tunc Judgment (SCR2 at 107; and 98-106, Appellant's App. Tab 3).

Then, on November 17, 2014, Appellant filed his Notice of Appeal. (CR at 117-19).

---

[6]     *See also* Greater Southeast Management District's Motion for Judgment Nunc Pro Tunc. (HISD "is not included on the first page of the judgment with the other tax units … [but] Houston ISD is included in the table showing the amounts recovered." (SCR2 at 67-68, ¶ I).

[7]     "Recovery Chart" refers to the charts on pages 3-4 of the Final Judgment, the First Nunc Pro Tunc Judgment, and the Second Nunc Pro Tunc Judgment, which identify - for each Tract - the taxing jurisdictions that are owed taxes, penalties and interest, and the amounts they are owed. (SCR2 at 27-28, 84-85 and 100-101, Appellant's App. Tabs 1, 2 and 3, respectively).

## SUMMARY OF THE ARGUMENT

The First and Second Nunc Pro Tunc Judgments were properly issued because the Trial Court had the inherent power to do so, and because the Trial Court factually determined that the Judgements entered did not correspond to the Judgment rendered because: (i) even though HISD was included in the Final Judgment (i.e., the Judgment showed that taxes were due to HISD), HISD's name was not typed-out on page 1, and (ii) even though the Judgment awarded the amounts listed on the Delinquent Tax Records, the specific amounts were not listed in the Recovery Chart.

Moreover, Appellant's Issues Nos. 1 through 3 have no merit. Appellant's Issue No. 1 has no merit because a Trial Judge is free to consider written documents, previous judgments and/or his personal recollection when granting a judgment nunc pro tunc, and the First and Second Nunc Pro Tunc Judgments are based on sufficient evidence.

Appellant's Issue No. 2 has no merit because it is based on a false premise, i.e. that HISD was not awarded a Judgment against Appellant in the Final Judgment. To the contrary, the Plaintiff Taxing Units, which included the Intervenors, were granted a judgment against Appellant, and Houston ISD is specifically awarded taxes, penalties and interest in the Recovery Chart.

For the same reasons, Appellants' Issue No. 3 has no merit as to HISD. Furthermore, because; (i) the Intervention sought to recover a monetary judgment

7

for the Harris County Appellees, including HISD and HCCS and others, (ii) the Intervention was supported by Delinquent Tax Records that prove Appellant owes taxes, penalties and interest to HISD and HCCS (iii) the Delinquent Tax Records were admitted into evidence at trial, and (iv) HCCS was always listed as a Plaintiff Taxing Unit, Appellant's Issue No. 3 has no merit as to HCCS.

Finally, Appellant failed to prove that any reversible error occurred, or that the Trial Court abused its discretion.

Therefore, the Trial Court's Final Judgement, First Nunc Pro Tunc Judgment and Second Nunc Pro Tunc Judgment should be affirmed in their entirety.

**ARGUMENT AND AUTHORITIES**

**I.      THE FIRST AND SECOND NUNC PRO TUNC JUDGMENTS WERE PROPERLY ISSUED.**

The First and Second Nunc Pro Tunc Judgments were properly issued because the Trial Court had the inherent power to do so, and because the Trial Court factually determined that the Judgements entered did not correspond to the Judgment rendered because: (i) even though HISD was included in the Final Judgment, (e.g. the Judgment showed that taxes were due to HISD), HISD's name was not typed-out on page 1, and (ii) even though HCCS was named on page 1, the evidence proved HCCS was owed money, and the Judgment awarded the amounts listed in the Delinquent Tax Records, HCCS was not included in the Recovery Chart.  As a result, the Trial Court properly issued nunc pro tunc judgments to correct these clerical errors.

A.      THE PURPOSE OF A JUDGMENT NUNC PRO TUNC

"The purpose of a judgment nunc pro tunc is to correct a clerical error in a judgment after the court's plenary power has expired. *Hernandez v. Lopez*, 288 S.W.3d 180, 189-90 (Tex.App-Houston [1st Dist.] 2009, no pet); *LaGoye v. Victoria Wood Condominium Ass'n*, 112 S.W.3d 777, 783 (Tex.App.-Houston [14th Dist.] 2003, no pet.), citing *Escobar v. Escobar*, 711 S.W.2d 230, 231 (Tex. 1986).  A clerical error is a "mistake or omission" in the judgment entered compared to the judgment rendered. *Id*., citing *Andrews v. Koch*, 702 S.W.2d 584, 585 (Tex. 1986);

9

*Universal Underwriters Ins. Co. v. Ferguson*, 471 S.W.2d 28, 29-30 (Tex. 1971). It occurs if there is a mistake when the judgment is reduced to writing. *Burgess v. Burgess*, 834 S.W.2d 538, 540 (Tex.App.-Houston [1st Dist.] 1992, no pet.) ("A clerical error is a mistake occurring in the reduction of the judgment to writing…").

### B. THE TRIAL COURT'S INHERENT POWER

A trial court has the inherent power to issue nunc pro tunc judgments. *Coleman v. Zapp*, 151 S.W. 1040, 1041 (Tex. 1912):

> Hence it is that from the earliest times the power of correcting or amending their records, by nunc pro tunc entry, so as to faithfully recite their action, has been possessed and exercised by the courts as an inherent right, independent of any statute, and in the absences of express provision, unaffected by limitation.

*See also, Shelby v. Shelby*, 517 S.W.2d 696, 697-98 (Tex.App.-Houston [1st Dist.] 1974, writ ref'd n.r.e.). Furthermore, a trial court's use of that power will not be disturbed absent a clear abuse of discretion. *Ferguson v. Naylor*, 860 S.W.2d 123 127 (Tex.App.-Amarillo 1993, writ denied).

### C. THE TRIAL COURT DETERMINES WHAT JUDGMENT WAS RENDERED

"The question of what judgment the trial court actually rendered is initially a question of fact for the trial court." *Randle v. Randle*, No. 01-96-00459-CV, 1997 WL 7026, at *2 (Tex.App.-Houston [1st Dist.] 1997, no pet.) (op. per curiam), citing

10

*Escobar*, 711 S.W.2d at 232; *America's Favorite Chicken Co. v. Galvan*, 897 S.W.2d 874, 877 (Tex.App.-San Antonio 1995, writ denied); *Thompson v. Tex. Dept. of Human Resources*, 859 S.W.2d 482, 484 (Tex.App.-San Antonio 1993, no writ). Thereafter, an appellate court may only review the trial court's factual determination for no evidence and factual insufficiency of the evidence, and cannot substitute its judgment for the judgment of the trial court. *Randle*, 1997 WL 7026, at *2, *Escobar*, 711 S.W.2d at 232; *Thompson*, 859 S.W.2d at 484-85.

### D. THE TRIAL COURT DETERMINED THAT THE JUDGEMENTS ENTERED DID NOT CORRESPOND TO THE JUDGMENTS RENDERED

For both the First and Second Nunc Pro Tunc Judgments, the Trial Court determined that the Judgment entered did not correspond to the Judgment rendered.

#### (i) THE FIRST NUNC PRO TUNC JUDGMENT

For the First Nunc Pro Tunc Judgment, the Trial Court found:

> that the Judgment entered does not correspond to the Judgment as rendered because of the follow errors Plaintiff lef. (sic) off the first page. Specifically HOUSTON INDEPENDENT SCHOOL DISTRICT show tax amounts due in the judgment, but is not listed as a Plaintiff in the suit

(SCR2 at 91, Appellant's App. Tab 2). Obvious typographical errors are clerical errors. *Hernandez*, 288 S.W.3d at 190, citing *Ex parte Hogan*, 916 S.W.2d 82, 85 (Tex.App.-Houston [1st Dist.] 1996, orig. proceeding). Moreover, a judgment non

11

pro tunc is proper to add the name of a defendant omitted from the original judgment, or to correct a party's name. *Batson v. Bentley*, 4 S.W.2d 577, 578 (Tex.Civ.App.-Amarillo 1928, no pet.) (Contract and pleadings authorized trial court to enter judgment nunc pro tunc adding the name of an omitted defendant); *Carlyle Real Estate Ltd. P'ship-X v. Leibman*, 782 S.W.2d 230, 233 (Tex.App.-Houston [1st Dist.] 1989, no writ) ("We hold that the trial court did not err in rendering the judgment nunc pro tunc to accurately reflect the legal name of the party against whom the judgment was rendered.").

Here, however: (i) HISD was already incorporated[8], by reference as a Plaintiff Taxing Unit on page 1 of the Final Judgment, and (ii) Houston ISD was already listed in the Final Judgment's Recovery Chart. (SCR2 at 25 and 27-28, Appellant's App. Tab 1). Therefore, HISD was not being added to the Final Judgment, but instead, the change was that:

> "HOUSTON INDEPENDENT SCHOOL DISTRICT (HOUSTON ISD)"

was typed-out on page 1 of the First Nunc Pro Tunc Judgment. (SCR2 at 82, Appellant's App. Tab 2). Clearly this is the correction of an obvious typographical error, and thus properly changed via a nunc pro tunc judgment.

---

[8] Page 1 of the Final Judgment incorporates the Intervenors into the definition of "Plaintiff Taxing Units(s)", and HISD is a named Intervenor in the Original Intervention. (SCR2 at 25, Appellant's App. Tax 1) and (SCR2 at 3. Appellees' App. Tab 1).

For the Second Nunc Pro Tunc Judgment, the Trial Court found:

> that the Judgment entered does not correspond to the Judgment as rendered because of the following errors HOUSTON COMMUNITY COLLEGE SYSTEM is not included in the figure blocks for Tract 1 through Tract 5 even though the Delinquent Tax statements show the amounts owed

(SCR2 at 107, Appellant's App. Tab 3). This finding is specifically based upon his recollection that: (i) "the Delinquent Tax statements show the amounts owed" to HCCS, and (ii) those amounts were included in the Judgement he rendered. (*Id.*).

Evidence that a clerical error was made may come from a number of sources, including written documents and the trial judge's personal recollection. *Claxton v. (Upper) Lake Fork Water Control and Imp. Dist. No. 1*, 220 S.W.3d 537, 545 (Tex.App.-Texarkana 2006, pet. denied), citing *Riner v. Briargrove Park Prop. Owners, Inc.*, 976 S.W.2d 680, 683 (Tex.App.-Houston [1st Dist.] 1997, no writ). Furthermore, the trial judge's recollection, and/or recitations alone, may provide sufficient evidence that a clerical error occurred and that the nunc pro tunc judgment correctly reflects the judgment rendered. *Claxton*, 220 S.W.3d at 545, citing *Pruet v. Coastal States Trading, Inc.*, 715 S.W.2d 702, 704 (Tex.App.-Houston [1st Dist.] 1986, no writ); *Barton v. Gillespie*, 178 S.W.3d 121, 127 (Tex.App.-Houston [1st Dist.] 2005, no pet.) ("Because the trial court relied on its personal recollection, we

13

will presume the trial court's recollection supports the finding that the error was clerical …").

In this case, the Delinquent Tax Records are prima facie proof[9] that Appellant owed HCCS taxes, penalties and interest on Tracts 1 through 5[10]. Moreover, the Trial Court clearly rendered his Judgment based on the Delinquent Tax Records:

| Ms. Hernandez | On behalf of the Intervenors, I'm offering into evidence 1, 2, 3 – 5 certified tax statements marked as Harris County Exhibit A and one document marked as Harris County Exhibit B. We seek to recoup all past due taxes, penalties, interest, and delinquent city liens. * * * |
| The Court: | They are admitted. * * * |
| The Court: | Judgment for Plaintiffs.[11] |

(RR Vol. 1, p. 5, l. 13-24, RR Vol. 2, Harris County Exhibits A and B, Appellees' App. Tabs 2 and 2A). However, although the amounts owed to all other Harris

---

[9] The Tax Code provides that Delinquent Tax Records constitute prima facie evidence "that the amount of tax alleged to be delinquent against the property and the amount of penalties and interest due on that tax as listed are the correct amounts." Section. 33.47(a), TEX. PROP. TAX. CODE. Further, the Texas Supreme Court has held that Delinquent Tax Records, by themselves, are prima facie evidence of every fact necessary for a taxing jurisdiction to prevail. *Davis v. City of Austin*, 632 S.W.2d 331, 333 (Tex. 1982) ("Under these principles, the taxing authority established its prima facie case as to every material fact necessary to establish the cause of action when it introduced a copy of the delinquent tax record, certified by the proper taxing authority to be true and correct with the amount stated thereon to be unpaid.").

[10] (RR Vol. 2, Harris County Exhibit A: Tract 1 – 0008 Acct., p. 1-2 of 3; Tract 2 – 0006 Acct., p. 1-3 of 4, Tract 3 – 0003 Acct, p. 1-2 of 3, Tract 4 – 0010 Acct, p. 1-3 of 4 and Tract 5 – 0009 Acct, p. 1-3 of 4).

[11] Based upon the definition of Plaintiff Taxing Units, "Plaintiffs" impliedly include the Intervenors HISD and HCCS. *Zamora v. Salinas*, 422 S.W.2d 249, 251 (Tex.App.-Corpus Christi 1967, writ ref'd n.r.e.) Findings "which may properly be implied in support of it are legally and factually sufficient" to justify the nunc pro tunc judgment.

14

County Appellees were transcribed from the Delinquent Tax Records to the Final Judgment, the amounts owed to HCCS were not transcribed.

Therefore, because: (i) the Judgment rendered included an award of the amounts reflected in the Delinquent Tax Records, (ii) the Delinquent Tax Records prove that Appellant owes taxes, penalties and interest to HCCS[12], and (iii) the Judgment entered did not contain those amounts due to a transcription error, the error is a clerical error which may be corrected via a nunc pro tunc judgment.[13] *Burgess* 834 S.W.2d at 540. ("In this case, the error arose from the writing failing to properly reflect the judgment as rendered, meaning it was a clerical error.").

## II.    APPELLANT'S ISSUES HAVE NO MERIT

As demonstrated in Section I above, the Trial Court properly issued its First and Second Nunc Pro Tunc Judgments.  Nevertheless, Appellant seeks to have one or both of the nunc pro tunc judgments reversed.  However, Appellant's Issues have no merit, and therefore all of the Trial Court's judgments should be affirmed.

---

[12]     As a result, and pursuant to § 33.47, TEX. PROP. TAX CODE, no judicial reasoning or determination is required to calculate the amount of taxes, penalties and interest that is owed.

[13]     Transcription errors involving monetary amounts are clerical errors which can be corrected via a nunc pro tunc judgment. *SLT Dealer Group, Ltd.  v. AmeriCredit Fin.  Services, Inc.*, 336 S.W.3d 822, 832-33 (Tex.App.-Houston [1st Dist.] 2011, no pet.), citing *Fiske v. Fiske*, No.  01-03-00048-CV, 2004 WL 1847368, at *5 (Tex.App.-Houston [1st Dist.] Aug.  19, 2004, no pet.) (mem.op.); *Scott v. Scott*, 408 S.W.2d 135, 137 (Tex.App.-Fort Worth 1966, writ dism'd); *Wedgeworth v. Pope*, 12 S.W.2d 1045, 1047 (Tex.Civ.App.-Fort Worth 1928, writ ref'd).

A.   APPELLANT'S ISSUE NO. 1 HAS NO MERIT BECAUSE THE FIRST AND SECOND NUNC PRO TUNC JUDGMENTS ARE BASED ON SUFFICENT EVIDENCE.

Appellant's Issue No. 1 asserts that the Delinquent Tax Records cannot be used to support the First and Second Nunc Pro Tunc Judgments because they were not attached to, or referenced in, the Final Judgment:

> [T]he trial exhibits that Appellees attached to the form of judgment presented to, and signed by, the trial court … cannot be used, as argued by Appellees, to create a 'clerical' error that would permit the trial court to enter nunc pro tunc judgments."

(Brief at 13-14). However, evidence supporting a nunc pro tunc judgment "may come from a number of sources, including oral testimony, written documents, previous judgments, docket entries, or the trial judge's personal recollection." *Claxton*, 220 S.W.3d at 545, citing *Riner,* 976 S.W.2d at 683.

Here, for the First Nunc Pro Tunc Judgment, the Trial Judge found that the Judgment entered did not match the Judgment he rendered, because HISD was left off the first page, but the Final Judgment "show[s] tax amounts due" to HISD. (SCR2 at 91, Appellant's App. Tab 2). Accordingly, his finding is based upon a written document/previous judgment (i.e., the "Final Judgment"), and his personal recollection of what the Final Judgment shows, and what judgment he rendered.

Moreover, for the Second Nunc Pro Tunc Judgment, the Trial Judge specifically found that the Judgment entered did not match the Judgment he rendered because: (i) HCCS was not listed in the Recovery Chart, (ii) even though the

16

Delinquent Tax Records, which Appellant's admits was attached to the proposed judgment[14], "show the amounts owed." (Brief at 13-14; SCR2 at 107, Appellant's App. Tab 3). Accordingly, his finding is based upon written documents (i.e., the Delinquent Tax Records and the proposed judgment), and his personal recollection of what the Delinquent Tax Records show, and what judgment he rendered.

A "trial judge's recollection of facts has the dignity and force of evidence." *Claxton*, 220 S.W.3d at 545, citing *Ft. Worth & D.C. Ry. Co. v. Roberts*, 81 S.W. 25, 26 (Tex. 1904) and *Wood v. Paulus*, 524 S.W.2d 749, 755 (Tex.Civ.App.-Corpus Christi 1975, writ ref'd n.r.e.). Further, if the Trial Judge relies on his personal recollection, "a presumption arises that his personal recollections supports the finding of clerical error." *Claxton*, 220 S.W.3d at 545, citing *Pruet*, 715 S.W.2d at 704; *Barton*, 178 S.W.3d at 127.

Accordingly, Appellant's Issue No. 1 has no merit because the First and Second Nunc Pro Tunc Judgments were supported by sufficient evidence; and therefore this Court should affirm the Final Judgment, the First Nunc Pro Tunc Judgment, and the Second Nunc Pro Tunc Judgment.

---

[14] Even the inadvertent failure to attach an exhibit to a judgement is a clerical error that can be cured by a nunc pro tunc judgment. *Operation Rescue-National v. Planned Parenthood of Houston and Southeast Texas, Inc.*, 937 S.W.2d 60, 86 (Tex.App.-Houston [14th Dist.] 1996, *aff'd as modified on other grounds*, 975 S.W.2d 546 (Tex. 1998)) ("Failure to attach the exhibits to the judgment is a clerical error, not a judicial error. Therefore, the trial court could properly enter a judgment nunc pro tunc after expiration of its plenary power.").

B.   APPELLANT'S ISSUE NO. 2 HAS NO MERIT BECAUSE IT IS BASED ON A FALSE PREMISE, I.E., THAT THE FINAL JUDGMENT DID NOT AWARD HISD A JUDGMENT AGAINST <u>APPELLANT.</u>

Appellant's Issue No. 2 is based on the false premise that the Final Judgment did not award HISD a judgment against Appellant. (Brief at 4, Issue No. 2) ("In this revised final order, HISD was awarded judgment against Mr. Cohen, which had been denied in the first final order."). But the Final Judgment awarded a judgment against Mr. Cohen and in favor of the Plaintiff Taxing Units. (SCR2 at 25-26, Appellant's App. Tab 1) ("IT IS ORDERED that the Plaintiff Taxing Unit(s) recover of and from the Defendant(s)[15], as indicated above, the total sum or money set out below…"). Moreover, Plaintiff Taxing Units was defined to include the Intervenors, and HISD was listed as an Intervenor in the Intervention. (SCR2 at 25, Appellant's App. Tab 1; SCR2 at 3-15, Appellees' App. Tab 1). Furthermore, Houston ISD was included in the Final Judgment's Recovery Chart setting forth which taxing units would recover from Appellant, and the amount each would recover. (SCR2 at 27-28, Appellant's App. Tab 1). In addition, the Trial Judge's decision to grant the First Nunc Pro Tunc Judgment was based on his finding that the Final Judgment shows that tax amounts were due to HISD. (SCR2 at 91, Appellant's App. Tab 2). Accordingly, Appellant's Issue No. 2 has no merit because it is based on a false

---

[15]   Appellant was the only identified Defendant. (SCR2 at 25, Appellant's App. Tab 1).

premise; and therefore this Court should affirm the Final Judgment, the First Nunc Pro Tunc Judgment, and the Second Nunc Pro Tunc Judgment.

C. APPELLANT'S ISSUE NO. 3 HAS NO MERIT FOR THE SAME REASON, AND BECAUSE HCCS WAS A NAMED PLAINTIFF TAXING UNIT WHO WAS AWARDED A JDUGMENT AGAINST <u>APPELLANT.</u>

Appellant's Issue No. 3 begins by re-asserting the same false premise that HISD was not awarded a judgment against Appellant in the Final Judgment. As a result, the Harris County Appellees herby and herein incorporate its response to Appellant's Issue No. 2.

Appellant then falsely asserts that HCCS was not included in the Final Judgment or the First Nunc Pro Tunc Judgment. To the contrary, HCCS was listed as a Plaintiff Taxing Unit on both. (SCR2 at 25 and 82, Appellant's App. Tabs 2 and 3). Additionally, HCCS was a named Intervenor. (SCR2 at 3, Appellees' App. Tab 1). Furthermore, both the Delinquent Tax Records attached to the Intervention, and the Delinquent Tax Records introduced at trial, identified HCCS as a Taxing Unit (Code #48), and specified the amounts of taxes, penalties and interest that Appellant owed HCCS. (SCR2 at 7-15, Appellees' App. Tab 1A; RR Vol. 1, p. 5, l. 13-23, Appellees' App. Tab 2; and RR Vol. 2, Harris County Exhibits A and B, Appellees' App. Tab 2A). Therefore the Trial Court granted the Second Nunc Pro Tunc Judgment because HCCS was "not included on the figure blocks for Tract 1 through

19

even though the Delinquent Tax statements show the amounts owed…" (CR at 107, Appellant's App. Tab 3).

As a result, the Trial Court did not err when it granted the Second Nunc Pro Tunc Judgment based upon the language in the First Nunc Pro Tunc Judgment (i.e. the Recovery Chart) and the Delinquent Tax Records. *Sederholm v. Neville*, No. 01-12-00215-CV, 2014 WL 2625633, at *3 (Tex.App.-Houston [1st Dist.] Jun 12, 2014, no pet.) (mem. op.) (A Trial Court's decision to grant a Judgment Nunc Pro Tunc can be based on evidence "from oral testimony of witnesses, written documents, previous judgments, docket entries, or the trial judge's personal recollection."), citing *Hernandez*, 288 S.W.3d at 185. Accordingly, Appellant's Issue No. 3 has no merit because it is based on false premises, and because HCCS was a named Plaintiff Taxing Unit who was awarded a judgment against Appellant. Therefore this Court should affirm the Final Judgment, the First Nunc Pro Tunc Judgment, and the Second Nunc Pro Tunc Judgment.

## III. APPELLANT FAILED TO PROVE ANY REVERSIBLE ERROR OCCURRED, OR THAT THE TRIAL COURT ABUSED ITS DISCRETION.

Pursuant to Rule 44.1, TEX. R. APP. P., no judgment may be reversed on appeal unless "the error complained of: (1) probably caused the rendition of an improper judgment; or (2) probably prevented the appellant from properly presenting the case

to the court of appeals." First, Appellant does not contend that any alleged error prevented him from properly presenting his case to this Court. Second, although Appellant does assert that the Trial Court erred in issuing the Final Judgment, First Nunc Pro Tunc Judgment and Second Nunc Pro Tunc Judgment, the Appellant failed to prove there was any error because the Appellees presented prima facie cases at trial, and the First and Second Nunc Pro Tunc Judgments were properly issued.

Furthermore, Appellant failed to show that the Trial Court abused its discretion. The test for an abuse of discretion is whether the trial court acted without reference to any guiding rules or principles, or arbitrarily or unreasonably. *Perry Homes v. Cull*, 258 S.W.3d 580, 602 (Tex. 2008), citing, *Cire v. Cummings*, 134 S.W.3d 835, 838-39 (Tex.2004). However, "[a] trial court does not abuse its discretion if it bases it decision on conflicting evidence and some evidence supports its decision." *In re Barber*, 982 S.W.2d 364, 366 (Tex. LaG1998), *Unifund CCR Partners v. Villa*, 299 S.W.3d 92, 97 (Tex.2009). In this case, the Trial Court acted in accordance with guiding rules and principles (i.e. Section 33.47, TEX. PROP. TAX CODE); and there is at least some evidence to support the Trial Court's Final Judgment, First Nunc Pro Tunc Judgment and Second Nunc Pro Tunc Judgment (the Delinquent Tax Records, the previous judgments and his personal recollection).

## CONCLUSION AND PRAYER FOR RELIEF

The Trial Court did not err when it issued its Final Judgment, its First Nunc Pro Tunc Judgment, or its Second Nunc Pro Tunc Judgment. Moreover, Appellant's Issues are entirely without merit, and Appellant has failed to prove that any reversible error occurred, or that the Trial Court abused its discretion. Therefore, the Trial Court's Final Judgment, and First and Second Nunc Pro Tunc Judgments, should be affirmed in their entirety.

Respectfully submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP

Edward J. (Nick) Nicholas
State Bar No. 14991350
4828 Loop Central Drive, Suite 600
Houston, Texas 77081
(713) 844-3405 direct phone
(713) 844-3400 main phone
(713) 8454-3504 fax

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF COMPLIANCE

I certify that this document was produced on a computer using Microsoft Word 2013 and contains 4,549 words, as determined by the computer software's word-count function, excluding the sections of the document listed in Rule 9.4(i)(1), TEX. R. APP. P.

Edward J. (Nick) Nicholas

## CERTIFICATE OF SERVICE

I certify that a copy of the Brief of Appellant was served on the following counsel of record via electronic mail to Mr. George F. May at george@twomeymay.com, and to Mr. Greg East at geast@pbfcm.com.

Edward J. (Nick) Nicholas

CASE NO. 01-14-00914-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

JAY COHEN, *APPELLANT*

v.

MIDTOWN MANAGEMENT DISTRICT, ET AL, *APPELLEES*

On Appeal from the 133rd Judicial District Court of Harris County, Texas,
Trial Court Case No. 2013-16814

**APPELLEES' APPENDIX**

LIST OF DOCUMENTS

| | | |
|---|---|---|
| 1. | Harris County's Original Intervention (SCR2 at 3-6) | Tab 1 |
| 2. | Original Intervention Exhibit A – Harris County Appellees' Certified Tax Records (SCR2 at 7-15) | Tab 1A |
| 3. | Transcript of November 15, 2013 Final Trial – (RR Vol. 1, p. 1-7) | Tab 2 |
| 4. | Trial Exhibit A – Harris County Appellees' Certified Tax Records (RR Vol. 2) | Tab 2A |

**Exhibit 1**

Filed 13 July 26 A9:47
Chris Daniel - District Clerk
Harris County
FAX15530520

## SUIT NO. 2013-16814

| | | |
|---|---|---|
| MIDTOWN MANAGEMENT DISTRICT | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 133RD JUDICIAL DISTRICT |
| | § | |
| JAY H. COHEN | § | HARRIS COUNTY, TEXAS |

## ORIGINAL INTERVENTION

TO THE HONORABLE JUDGE OF SAID COURT:

I.

### INTERVENOR(S)

This claim for the recovery of delinquent ad valorem taxes is filed under TEX. TAX CODE § 33.44 by the following named Intervenor(s), whether one or more, each of which is a taxing unit and is legally constituted and authorized to impose and collect taxes on property:

**HARRIS COUNTY, ON BEHALF OF ITSELF AND THE FOLLOWING COUNTY-WIDE TAXING AUTHORITIES, THE HARRIS COUNTY DEPARTMENT OF EDUCATION, THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, THE HARRIS COUNTY FLOOD CONTROL DISTRICT, THE HARRIS COUNTY HOSPITAL DISTRICT (HEREINAFTER HARRIS COUNTY), CITY OF HOUSTON, HOUSTON INDEPENDENT SCHOOL DISTRICT AND HOUSTON COMMUNITY COLLEGE SYSTEM**

The Intervenor(s) intends discovery to be conducted under Level 2 of Rule 190, Texas Rules of Civil Procedure.

### DEFENDANT(S)

The following are named as Defendant(s) by the Plaintiff taxing unit who originated this suit, and all parties to this suit are charged with notice of this claim, without further citation or other notice, as provided by TEX. R. CIV. P. 117a(4) and by TEX. TAX CODE § 33.45:

**JAY H. COHEN, 18233 LAKEPOINT COVE, LAGO VISTA, TX 78645**

if living, and if any or all of the above named Defendant(s) be deceased, the unknown heirs of each or all of the said above named deceased persons; and the unknown owner or owners of the following described property; and the executors, administrators, guardians, legal representatives, devisees of the above named persons; and any and all other persons, including adverse claimants, owning or having any legal or equitable interest in or lien upon the below described property located in the county in which this suit is brought.

II.

Claims for all taxes becoming delinquent on said property at any time subsequent to the filing of this suit, up to the day of judgment, including all penalties, interest, attorney's fees, and costs on same, are incorporated in this suit, and Intervenor(s) is entitled to recover the same, upon proper proof,

without further citation or notice. Intervenor(s) is further entitled to recover each penalty that is incurred and all interest that accrues on all delinquent taxes imposed on the property from the date of judgment to the date of sale.

## III.

As to each separately described property shown in "Exhibit A", there are delinquent taxes, penalties, interest, attorney's fees, and costs justly due, owing and unpaid to Plaintiff(s) for the tax years and in the amounts shown therein, said exhibit being attached hereto and made a part hereof by reference for all purposes.

## IV.

All of the taxes were authorized by law and legally imposed in the county in which this suit is brought. The taxes were imposed in the amount(s) stated above on each separately described property for each year specified and on each person named, if known, who owned the property on January 1 of the year for which the tax was imposed. Intervenor(s) now has and asserts a lien on each tract of real property and each item of personal property described herein to secure the payment of all taxes, penalties, interest and costs due. Pursuant to Rule 54 of the Texas Rules of Civil Procedure, Intervenor(s) affirmatively avers that all things required by law to be done have been done properly by the appropriate officials and all conditions precedent have been met.

## V.

All of the property described above was, at the time the taxes were assessed, located within the territorial boundaries of each taxing unit in whose behalf this claim is filed. All Defendants named in this suit either owned the property that is the subject of this suit on January 1 of the year in which taxes were imposed on said property, or owned or claimed an interest in or lien upon said property at the time of the filing of this claim. The value of any personal property that may be described above, and against which the tax lien is sought to be enforced, is in excess of FIVE HUNDRED AND NO/100 DOLLARS ($500.00).

## VI.

The Law Firm represented by the attorney whose name is signed hereto is legally authorized and empowered to institute and prosecute this action on behalf of Intervenor(s). Intervenor(s) should recover attorney's fees as provided by law for the prosecution of this case, and such attorney's fees should be taxed as costs.

## VII.

Intervenor(s) may have incurred certain expenses in the form of abstractor's costs in procuring data and information as to the name, identity and location of necessary parties, and in procuring necessary legal descriptions of the property that is the subject of this suit. Said expenses, if incurred, are reasonable and are in the following amount: **NONE.** The abstractor's costs, if any be shown, should be taxed as costs herein.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Intervenor(s) prays, upon final hearing in this cause, for foreclosure of its liens against the above-described property securing the total amount of all delinquent taxes, penalties and interest, including taxes, penalties and interest becoming delinquent during the pendency of this suit, costs of court, attorney's fees, abstract fees, and expenses of foreclosure sale. Intervenor(s) further prays for personal judgment against Defendant(s) who owned the property on January 1 of the year for which the taxes were imposed for all taxes, penalties, interest, and costs that are due or will become due on the property, together with attorney's fees and abstractor's fees. Intervenor(s) further prays for: (1) the appropriate order of sale requiring the foreclosed property to be sold, free and clear of any right, title or interest owned or held by any of the named Defendants, at public auction in the manner prescribed by law, and (2) writs of execution, directing the sheriffs and constables for the State of Texas, to search out, seize, and sell sufficient property of the Defendant(s) against whom personal judgment may be awarded to satisfy the lawful judgment sought herein. Finally, Intervenor(s) prays for such other and further relief, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
1300 Main
Suite 300 (77002)
P.O. Box 3064
Houston, TX 77253-3064
(713) 844-3400
(713) 844-3501 - FAX

Angelica M. Hernandez
State Bar No. 00797872
Attorneys for Intervenors

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered in the manner required by Rules 21 and 21a, Tex. R. Civ. Proc., to all parties or their attorneys in this cause, on the _____ day of _____, 20 _____, addressed as follows:

**Kemp W. Gorthey**
**Attorney at Law**
604 West 12th St.
Austin, TX 78701
**Fax: (512) 479-6417**
**Atty. For: Jay H. Cohen**

**Perdue, Brandon, Fielder, Collins & Mott**
**Attorneys for Greater SE Management District & Midtown Management District**
1235 N. Loop West, Suite 600
Houston, Texas 77008
Fax: (713) 862-1429

Angelica M. Hernandez
Attorney at Law

**Exhibit 1A**

# DELINQUENT TAX STATEMENT SUMMARY



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**Certified Owner:**

**COHEN JAY H**
1715 W ALABAMA ST OFC 3
HOUSTON, TX  77098-2807

**Legal Description:**

TRS 8 9B & 11D BLK 428
SSBB

**Account No: 002-146-000-0008**

**2012 Value:** $60,000
**APPR. DIST#:** 0021460000008

**Legal Acres:** .1779
**Parcel Address:** 2113  BASTROP ST

As of Date: 07/24/2013    Cause No: 2010-06881 Judgment

Print Date: 07/24/2013   Printed By: LBANARVAEZ

| Year | Tax Units | Base Tax Due | IF PAID BY END OF MONTH JULY 2013 | | IF PAID BY END OF MONTH AUGUST 2013 | | IF PAID BY END OF MONTH SEPTEMBER 2013 | |
|---|---|---|---|---|---|---|---|---|
| | | | Penalties & Interest | Total | Penalties & Interest | Total | Penalties & Interest | Total |
| 2007 | 1 40 41 42 43 44 48 61 | $52.96 | $60.16 | $113.12 | $60.78 | $113.74 | $61.42 | $114.38 |
| 2008 | 1 40 41 42 43 44 48 61 | $2,670.32 | $2,648.96 | $5,319.28 | $2,681.01 | $5,351.33 | $2,713.03 | $5,383.35 |
| 2009 | 1 40 41 42 43 44 48 61 | $216.03 | $183.21 | $399.24 | $185.80 | $401.83 | $188.36 | $404.39 |
| 2011 | 1 40 41 42 43 44 48 61 | $537.47 | $300.99 | $838.46 | $307.41 | $844.88 | $313.88 | $851.35 |
| 2012 | 1 40 41 42 43 44 48 61 | $1,117.53 | $464.90 | $1,582.43 | $478.30 | $1,595.83 | $491.72 | $1,609.25 |
| | **TOTAL AMOUNT DUE:** | **$4,594.31** | $3,658.22 | **$8,252.53** | $3,713.30 | **$8,307.61** | $3,768.41 | **$8,362.72** |

**Tax Unit Codes:**

| 1 | Houston I.S.D. | 40 | Harris County | 41 | Harris County Flood Control Dist | 42 | Port of Houston Authority |
| 43 | Harris County Hospital District | 44 | Harris County Dept. of Education | 48 | Houston Community College System | 61 | City of Houston |

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

Page 1 of 1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**

Print Date: **07/24/2013**

.i.194

**APPR. DIST#:** 0021460000008

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**

MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

*0021460000008*

002-146-000-0008

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX  77098-2807

| If Paid By | Amount Due |
|---|---|
| JUL 2013 | $8,252.53 |
| AUG 2013 | $8,307.61 |
| SEP 2013 | $8,362.72 |
| Amount Paid: | $ . |

00214600000084  0712  000825253  000830761  000836272  000000000

7

## DELINQUENT TAX STATEMENT SUMMARY





**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**Certified Owner:**

**COHEN JAY H**
**1715 W ALABAMA ST OFC 2**
**HOUSTON, TX  77098-2807**

**Legal Description:**

LTS 7 THRU 16 BLK 34
WASHINGTON TERRACE

**Account No: 061-168-034-0007**

As of Date: 07/24/2013

**2012 Value:** $349,776
**APPR. DIST#:** 0611680340007

**Legal Acres:** 1.1152
**Parcel Address:** 3102 ALABAMA ST

Print Date: 07/24/2013  Printed By: LBANARVAEZ

| Year | Tax Units | Base Tax Due | IF PAID BY END OF MONTH JULY 2013 | | IF PAID BY END OF MONTH AUGUST 2013 | | IF PAID BY END OF MONTH SEPTEMBER 2013 | |
|---|---|---|---|---|---|---|---|---|
| | | | Penalties & Interest | Total | Penalties & Interest | Total | Penalties & Interest | Total |
| 2012 | 1 40 41 42 43 44 48 61 | $7,646.60 | $3,180.98 | $10,827.58 | $3,272.73 | $10,919.33 | $3,364.48 | $11,011.08 |
| | TOTAL AMOUNT DUE: | $7,646.60 | $3,180.98 | $10,827.58 | $3,272.73 | $10,919.33 | $3,364.48 | $11,011.08 |

**Tax Unit Codes:**

| 1 | Houston I.S.D. | 40 | Harris County | 41 | Harris County Flood Control Dist | 42 | Port of Houston Authority |
|---|---|---|---|---|---|---|---|
| 43 | Harris County Hospital District | 44 | Harris County Dept. of Education | 48 | Houston Community College System | 61 | City of Houston |

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

Page 1 of 1

--------------------------------------------------------------------------------

**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**

Print Date: 07/24/2013

.1.194

**APPR. DIST#:** 0611680340007

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**
MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

*06116803400007*

061-168-034-0007

COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX  77098-2807

| If Paid By | Amount Due |
|---|---|
| JUL 2013 | $10,827.58 |
| AUG 2013 | $10,919.33 |
| SEP 2013 | $11,011.08 |
| Amount Paid: | $ |

0611680340007 2012 001082758 001091933 001101108 000000000

# DELINQUENT TAX STATEMENT SUMMARY



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**Certified Owner:**

**COHEN JAY H**
1715 W ALABAMA ST OFC 2
HOUSTON, TX 77098-2807

**Legal Description:**
LTS 6 & 7 & TRS 8A & 12 BLK 6
HOLMAN OUTLOT 40

**Account No: 019-190-000-0006**

**2012 Value:** $478,640
**APPR. DIST#:** 0191900000006

**Legal Acres:** .3545
**Parcel Address:** 0 STUART ST

As of Date: 07/24/2013

Print Date: 07/24/2013  Printed By: LBANARVAEZ

| Year | Tax Units | Base Tax Due | IF PAID BY END OF MONTH JULY 2013 Penalties & Interest | Total | IF PAID BY END OF MONTH AUGUST 2013 Penalties & Interest | Total | IF PAID BY END OF MONTH SEPTEMBER 2013 Penalties & Interest | Total |
|---|---|---|---|---|---|---|---|---|
| 2004 | 1 40 41 42 43 44 48 61 | $4,849.41 | $7,603.88 | $12,453.29 | $7,662.10 | $12,511.51 | $7,720.27 | $12,569.68 |
| 2005 | 1 40 41 42 43 44 48 61 | $5,363.51 | $7,578.50 | $12,942.01 | $7,642.86 | $13,006.37 | $7,707.22 | $13,070.73 |
| 2006 | 1 40 41 42 43 44 48 61 | $5,744.88 | $7,353.46 | $13,098.34 | $7,422.39 | $13,167.27 | $7,491.35 | $13,236.23 |
| 2007 | 1 40 41 42 43 44 48 61 | $7,027.80 | $7,983.57 | $15,011.37 | $8,067.91 | $15,095.71 | $8,152.26 | $15,180.06 |
| 2008 | 1 40 41 42 43 44 48 61 | $8,956.73 | $8,885.07 | $17,841.80 | $8,992.55 | $17,949.28 | $9,100.05 | $18,056.78 |
| 2009 | 1 40 41 42 43 44 48 61 | $2,314.35 | $1,962.58 | $4,276.93 | $1,990.35 | $4,304.70 | $2,018.12 | $4,332.47 |
| 2011 | 1 40 41 42 43 44 48 61 | $632.31 | $354.12 | $986.43 | $361.69 | $994.00 | $369.27 | $1,001.58 |
| 2012 | 1 40 41 42 43 44 48 61 | $10,905.86 | $4,536.82 | $15,442.68 | $4,667.70 | $15,573.56 | $4,798.58 | $15,704.44 |
| | TOTAL AMOUNT DUE: | $45,794.85 | $46,258.00 | **$92,052.85** | $46,807.55 | **$92,602.40** | $47,357.12 | **$93,151.97** |

**Tax Unit Codes:**

| 1 | Houston I.S.D. | 40 | Harris County | 41 | Harris County Flood Control Dist | 42 | Port of Houston Authority |
|---|---|---|---|---|---|---|---|
| 43 | Harris County Hospital District | 44 | Harris County Dept. of Education | 48 | Houston Community College System | 61 | City of Houston |

Page 1 of 2

--------------------------------------------------------------------------------

.1.194

PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.

Print Date: 07/24/2013

APPR. DIST#: 0191900000006

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**
MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

*0191900000006*

019-190-000-0006

COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX 77098-2807

| If Paid By | Amount Due |
|---|---|
| JUL 2013 | $92,052.85 |
| AUG 2013 | $92,602.40 |
| SEP 2013 | $93,151.97 |
| Amount Paid: | $ |

0191900000067 0412 009205285 009260240 009315197 000000000

9

## DELINQUENT TAX STATEMENT SUMMARY



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX  77098-2807

**Legal Description:**
LTS 6 & 7 & TRS 8A & 12 BLK 6
HOLMAN OUTLOT 40

**Account No: 019-190-000-0006**

2012 Value: S478,640
APPR. DIST#: 0191900000006

**Legal Acres:** .3545
**Parcel Address:** 0 STUART ST

As of Date: 07/24/2013

Print Date: 07/24/2013  Printed By: LBANARVAEZ

| | | Base Tax Due | IF PAID BY END OF MONTH JULY 2013 | | | IF PAID BY END OF MONTH AUGUST 2013 | | | IF PAID BY END OF MONTH SEPTEMBER 2013 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Tax Units | | Penalties & Interest | | Total | Penalties & Interest | | Total | Penalties & Interest | | Total |

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

Page 2 of 2

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**

Print Date: 07/24/2013

.1.194

APPR. DIST#: 0191900000006

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**
MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622


*019190000006*

| If Paid By | Amount Due |
|---|---|
| JUL 2013 | $92,052.85 |
| AUG 2013 | $92,602.40 |
| SEP 2013 | $93,151.97 |
| Amount Paid: | S_____.___ |

0191900000067 0412 009205285 009260240 009315197 000000000

10

## DELINQUENT TAX STATEMENT SUMMARY



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**Certified Owner:**

**COHEN JAY H**
1715 W ALABAMA ST OFC 2
HOUSTON, TX 77098-2807

**Legal Description:**

LT 3 BLK 34
WASHINGTON TERRACE

**Account No: 061-168-034-0003**

As of Date: 07/24/2013 Cause No: 2011-73425 Suit

**2012 Value:** S31,500
**APPR. DIST#:** 0611680340003

**Legal Acres:** .1326
**Parcel Address:** 3010 ALABAMA ST

Print Date: 07/24/2013 Printed By: LBANARVAEZ

| Year | Tax Units | Base Tax Due | IF PAID BY END OF MONTH JULY 2013 Penalties & Interest | Total | IF PAID BY END OF MONTH AUGUST 2013 Penalties & Interest | Total | IF PAID BY END OF MONTH SEPTEMBER 2013 Penalties & Interest | Total |
|---|---|---|---|---|---|---|---|---|
| 2004 | 1 40 41 42 43 44 48 61 | $116.97 | $183.42 | $300.39 | $184.83 | $301.80 | $186.21 | $303.18 |
| 2005 | 1 40 41 42 43 44 48 61 | $410.61 | $584.71 | $995.32 | $589.65 | $1,000.26 | $594.57 | $1,005.18 |
| 2006 | 1 40 41 42 43 44 48 61 | $607.01 | $776.98 | $1,383.99 | $784.24 | $1,391.25 | $791.53 | $1,398.54 |
| 2007 | 1 40 41 42 43 44 48 61 | $755.32 | $858.06 | $1,613.38 | $867.10 | $1,622.42 | $876.15 | $1,631.47 |
| 2008 | 1 40 41 42 43 44 48 61 | $382.03 | $378.97 | $761.00 | $383.56 | $765.59 | $388.14 | $770.17 |
| 2009 | 1 40 41 42 43 44 48 61 | $382.03 | $323.97 | $706.00 | $328.58 | $710.61 | $333.15 | $715.18 |
| | TOTAL AMOUNT DUE: | $2,653.97 | $3,106.11 | $5,760.08 | $3,137.96 | $5,791.93 | $3,169.75 | $5,823.72 |

**Tax Unit Codes:**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Houston I.S.D. | 40 | Harris County | 41 | Harris County Flood Control Dist | 42 | Port of Houston Authority |
| 43 | Harris County Hospital District | 44 | Harris County Dept. of Education | 48 | Houston Community College System | 61 | City of Houston |

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

Page 1 of 1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**

**Print Date:** 07/24/2013

.1.194

**APPR. DIST#:** 0611680340003

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**

MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

\* 0 6 1 1 6 8 0 3 4 0 0 0 3 \*

061-168-034-0003

COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX 77098-2807

| If Paid By | Amount Due |
|---|---|
| JUL 2013 | $5,760.08 |
| AUG 2013 | $5,791.93 |
| SEP 2013 | $5,823.72 |
| Amount Paid: | S_____.__ |

0611680340003 0409 000576008 000579193 000582372 000000000

11

## DELINQUENT TAX STATEMENT SUMMARY

**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX 77098-2807

**Legal Description:**

LT 10 BLK 6
HOLMAN OUTLOT 65

**Account No: 019-268-000-0010**

As of Date: 07/24/2013

**2012 Value:** S37,500
**APPR. DIST#:** 0192680000010

**Legal Acres:** .1148
**Parcel Address:** 2311 WHEELER ST

Print Date: 07/24/2013   Printed By: LBANARVAEZ

| Year | Tax Units | Base Tax Due | IF PAID BY END OF MONTH JULY 2013 Penalties & Interest | Total | IF PAID BY END OF MONTH AUGUST 2013 Penalties & Interest | Total | IF PAID BY END OF MONTH SEPTEMBER 2013 Penalties & Interest | Total |
|---|---|---|---|---|---|---|---|---|
| 2006 | 1 40 41 42 43 44 48 61 | $465.08 | $595.30 | $1,060.38 | $600.91 | $1,065.99 | $606.48 | $1,071.56 |
| 2007 | 1 40 41 42 43 44 48 61 | $221.27 | $251.36 | $472.63 | $254.02 | $475.29 | $256.67 | $477.94 |
| 2008 | 1 40 41 42 43 44 48 61 | $346.20 | $343.44 | $689.64 | $347.60 | $693.80 | $351.73 | $697.93 |
| 2009 | 1 40 41 42 43 44 48 61 | $346.21 | $293.60 | $639.81 | $297.75 | $643.96 | $301.88 | $648.09 |
| 2010 | 1 40 41 42 43 44 48 61 | $63.11 | $44.41 | $107.52 | $45.17 | $108.28 | $45.92 | $109.03 |
| 2011 | 1 40 41 42 43 44 48 61 | $63.23 | $35.40 | $98.63 | $36.16 | $99.39 | $36.91 | $100.14 |
| 2012 | 1 40 41 42 43 44 48 61 | $548.45 | $228.16 | $776.61 | $234.75 | $783.20 | $241.33 | $789.78 |
| **TOTAL AMOUNT DUE:** | | **$2,053.55** | **$1,791.67** | **$3,845.22** | **$1,816.36** | **$3,869.91** | **$1,840.92** | **$3,894.47** |

**Tax Unit Codes:**

| 1 | Houston I.S.D. | 40 | Harris County | 41 | Harris County Flood Control Dist | 42 | Port of Houston Authority |
|---|---|---|---|---|---|---|---|
| 43 | Harris County Hospital District | 44 | Harris County Dept. of Education | 48 | Houston Community College System | 61 | City of Houston |

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

Page 1 of 2

.1.194

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**

Print Date: **07/24/2013**

APPR. DIST#: 0192680000010

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**

MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

*0 1 9 2 6 8 0 0 0 0 0 1 0 *

019-268-000-0010

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX 77098-2807

| If Paid By | Amount Due |
|---|---|
| JUL 2013 | $3,845.22 |
| AUG 2013 | $3,869.91 |
| SEP 2013 | $3,894.47 |
| Amount Paid: | S_____.___ |

0192680000010b 0b12 000384522 000386991 000389447 000000000

## DELINQUENT TAX STATEMENT SUMMARY



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX 77098-2807

**Legal Description:**

LT 10 BLK 6
HOLMAN OUTLOT 65

**Account No: 019-268-000-0010**

As of Date: 07/24/2013

**2012 Value:** S37,500
**APPR. DIST#:** 0192680000010

**Legal Acres:** .1148
**Parcel Address:** 2311 WHEELER ST

**Print Date:** 07/24/2013   **Printed By:** LBANARVAEZ

| Year | Tax Units | Base Tax Due | IF PAID BY END OF MONTH JULY 2013 | | | IF PAID BY END OF MONTH AUGUST 2013 | | | IF PAID BY END OF MONTH SEPTEMBER 2013 | | |
|------|-----------|--------------|---|---|---|---|---|---|---|---|---|
| | | | Penalties & Interest | | Total | Penalties & Interest | | Total | Penalties & Interest | | Total |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**

**Print Date:** 07/24/2013

.1.194

**APPR. DIST#:** 0192680000010

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**

MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622



\* 0 1 9 2 6 8 0 0 0 0 0 1 0 \*

| If Paid By | Amount Due |
|------------|------------|
| JUL 2013 | $3,845.22 |
| AUG 2013 | $3,869.91 |
| SEP 2013 | $3,894.47 |
| Amount Paid: | S_____.___ |

01926800000106 0612 000384522 000386991 000389447 000000000

## DELINQUENT TAX STATEMENT SUMMARY



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**Certified Owner:**

**COHEN JAY H**
1715 W ALABAMA ST OFC 3
HOUSTON, TX 77098-2807

**Legal Description:**

LTS 9 & 10 BLK 1
SMITH FURNITURE CO SEC 2

**Account No: 019-203-001-0009**

**2012 Value:** S56,250
**APPR. DIST#:** 0192030010009

**Legal Acres:** .1435
**Parcel Address:** 3506 NAGLE ST

As of Date: 07/24/2013      Print Date: 07/24/2013   Printed By: LBANARVAEZ

| Year | Tax Units | Base Tax Due | IF PAID BY END OF MONTH JULY 2013 Penalties & Interest | Total | IF PAID BY END OF MONTH AUGUST 2013 Penalties & Interest | Total | IF PAID BY END OF MONTH SEPTEMBER 2013 Penalties & Interest | Total |
|---|---|---|---|---|---|---|---|---|
| 2006 | 1 40 41 42 43 44 48 61 | $357.77 | $457.95 | $815.72 | $462.24 | $820.01 | $466.55 | $824.32 |
| 2007 | 1 40 41 42 43 44 48 61 | $312.91 | $355.47 | $668.38 | $359.22 | $672.13 | $362.97 | $675.88 |
| 2008 | 1 40 41 42 43 44 48 61 | $235.49 | $233.62 | $469.11 | $236.42 | $471.91 | $239.27 | $474.76 |
| 2009 | 1 40 41 42 43 44 48 61 | $550.97 | $467.22 | $1,018.19 | $473.85 | $1,024.82 | $480.43 | $1,031.40 |
| 2010 | 1 40 41 42 43 44 48 61 | $39.46 | $27.76 | $67.22 | $28.23 | $67.69 | $28.74 | $68.20 |
| 2011 | 1 40 41 42 43 44 48 61 | $39.53 | $22.14 | $61.67 | $22.64 | $62.17 | $23.10 | $62.63 |
| 2012 | 1 40 41 42 43 44 48 61 | $1,022.69 | $425.42 | $1,448.11 | $437.72 | $1,460.41 | $449.99 | $1,472.68 |
| **TOTAL AMOUNT DUE:** | | **$2,558.82** | $1,989.58 | **$4,548.40** | $2,020.32 | **$4,579.14** | $2,051.05 | **$4,609.87** |

**Tax Unit Codes:**

| 1 | Houston I.S.D. | 40 | Harris County | 41 | Harris County Flood Control Dist | 42 | Port of Houston Authority |
|---|---|---|---|---|---|---|---|
| 43 | Harris County Hospital District | 44 | Harris County Dept. of Education | 48 | Houston Community College System | 61 | City of Houston |

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

Page 1 of 2

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**

Print Date: **07/24/2013**

.1.194

**APPR. DIST#:** 0192030010009

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**

MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622

*019203001 0009*

019-203-001-0009

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX 77098-2807

| If Paid By | Amount Due |
|---|---|
| JUL 2013 | $4,548.40 |
| AUG 2013 | $4,579.14 |
| SEP 2013 | $4,609.87 |
| Amount Paid: | S_____ . __ |

01920300100094 0612 000454840 000457914 000460987 000000000    14

## DELINQUENT TAX STATEMENT SUMMARY



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX 77098-2807

**Legal Description:**

LTS 9 & 10 BLK 1
SMITH FURNITURE CO SEC 2

**Account No: 019-203-001-0009**

As of Date: 07/24/2013

2012 Value: S56,250
APPR. DIST#: 0192030010009

**Legal Acres:** .1435
**Parcel Address:** 3506 NAGLE ST
Print Date: 07/24/2013   Printed By: LBANARVAEZ

| Year | Tax Units | Base Tax Due | IF PAID BY END OF MONTH JULY 2013 | | | IF PAID BY END OF MONTH AUGUST 2013 | | | IF PAID BY END OF MONTH SEPTEMBER 2013 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Penalties & Interest | | Total | Penalties & Interest | | Total | Penalties & Interest | | Total |

Page 2 of 2

.1.194

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂
**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**

Print Date: 07/24/2013

APPR. DIST#: 0192030010009

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**
MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
P.O. BOX 4622
HOUSTON, TEXAS 77210-4622



* 0 1 9 2 0 3 0 0 1 0 0 0 9 *

| If Paid By | Amount Due |
|---|---|
| JUL 2013 | $4,548.40 |
| AUG 2013 | $4,579.14 |
| SEP 2013 | $4,609.87 |
| Amount Paid: | S_____.___ |

01920300100094 0612 000454840 000457914 000460987 000000000

15

**Exhibit 2**

**REPORTER'S RECORD**
**VOLUME 1 OF 2 VOLUMES**
**TRIAL COURT CAUSE NO. 2013-16814**
**APPELLATE CAUSE NO. 01-14-00914-CV**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/3/2015 1:07:02 PM
CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| MIDTOWN MANAGEMENT DISTRICT( | IN THE DISTRICT COURT OF |
| AND GREATER SOUTHWEST ( | |
| MANAGEMENT DISTRICT ( | |
|    Plaintiffs ( | |
| and HARRIS COUNTY, THE HARRIS | |
| COUNTY DEPARTMENT OF ( | |
| EDUCATION, THE PORT OF ( | |
| HOUSTON AUTHORITY OF HARRIS( | |
| COUNTY, THE HARRIS COUNTY ( | HARRIS COUNTY, TEXAS |
| FLOOD CONTROL DISTRICT, THE( | |
| HARRIS COUNTY HOSPITAL ( | |
| DISTRICT, THE CITY OF ( | |
| HOUSTON, HOUSTON INDEPENDENT | |
| SCHOOL DISTRICT, AND HOUSTON | |
| COMMUNITY COLLEGE SYSTEM ( | |
|    Intervenors ( | |
| v. ( | |
| JAY COHEN ( | |
|    Defendant ( | 133rd JUDICIAL DISTRICT |

_____

**FINAL TRIAL**

_____

On the 15th day of November, 2013, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable JACLANEL McFARLAND, Judge Presiding, held in Houston, Harris County, Texas.

Proceedings reported by computerized stenotype machine.

**DARLENE STEIN**
**OFFICIAL COURT REPORTER**
**133RD DISTRICT COURT**
**HARRIS COUNTY, TEXAS**

DARLENE STEIN

**APPEARANCES**

**Ms. Yolanda M. Humphrey**
SBN 24009764
1235 North Loop West, Suite 600
Houston, Texas 77008
Telephone:  (713) 862-1429 (Fax)
Attorney for Plaintiffs


**Ms. Angelica M. Hernandez**
SBN 00797872
**Linebarger, Goggan, Blair & Sampson,** L.L.P.
1300 Main Street, Suite 300
Houston, Texas 77002
Telephone:  (713) 844-3501
Attorney for Intervenors

## EXHIBITS OFFERED BY THE PLAINTIFF

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---------|-------------|---------|----------|------|
| A. | Tax Statements | 5 | 5 | 1 |
| B. | Tax Statements | 5 | 5 | 1 |

## EXHIBITS OFFERED BY THE INTERVENORS

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---------|-------------|---------|----------|------|
| A. | Tax Statements | 5 | 5 | 1 |
| B. | Affidavit | 5 | 5 | 1 |

**(P R O C E E D I N G S)**

THE COURT: The court calls cause number 2013-16814, Greater Southwest Management District vs. Jay H. Cohen.

If you will announce who you are and who you represent.

MS. HUMPHREY: Yolanda Humphrey and I'm here on behalf of Plaintiffs.

MS. HERNANDEZ: Angelica Hernandez on behalf of the Intervenors, Harris County and County Wide Jurisdiction, City of Houston, Houston Community College System and Houston Independent School District.

THE COURT: I call Mr. Cohen. Are you in the courtroom?

Deputy, have you gone out and called his name in the hall? Any answer?

BAILIFF: No answer, Judge.

THE COURT: Okay. Let the record reflect that Jay H. Cohen has previously filed an answer in this cause and has been given notice of the trial date and he does not appear to be in the courtroom or in the courthouse since the bailiff has gone out and called his name outside of the courtroom and in the courthouse. So he has failed to appear in court.

You may proceed, counsel.

*MS. HUMPHREY:* My name is Yolanda Humphrey. I have certified delinquent tax statements that have been marked Exhibit A and Exhibit B that I would like to offer into evidence on behalf of the Plaintiffs.

*THE COURT:* Any objection?

*MS. HERNANDEZ:* No objection, Judge.

*THE COURT:* They are admitted.

(Exhibits A and B were marked and admitted in evidence.)

*MS. HUMPHREY:* Thank you, Your Honor.

*MS. HERNANDEZ:* On behalf of the Intervenors, I'm offering into evidence 1, 2, 3 -- 5 certified tax statements marked as Harris County Exhibit A and one document marked as Harris County Exhibit B. We seek to recoup all past due taxes, penalties, interest, and delinquent city liens.

*THE COURT:* Any objection?

*MS. HUMPHREY:* No objection, Your Honor.

*THE COURT:* They are admitted.

(Harris County Exhibits A and B were offered and admitted into evidence.)

*THE COURT:* Judgment for Plaintiffs.

*MS. HUMPHREY:* May I be excused?

THE COURT: You're excused. Have a good weekend.

(Proceedings concluded.)

DARLENE STEIN

STATE OF TEXAS

COUNTY OF HARRIS

I, DARLENE STEIN, Official Court Reporter in and for the 133rd District Court of Harris, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $131.00 and was paid by Mr. George F. May.

/s/Darlene Stein_____
DARLENE STEIN, CSR
Texas CSR 2557
Official Court Reporter
133rd District Court
Harris County, Texas
201 Caroline, 11th Floor
Houston, Texas 77002
Telephone: (713) 368-6402
Expiration: 12/31/2016

DARLENE STEIN

**Exhibit 2A**



MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**HARRIS COUNTY**

**EXHIBIT A**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX   77098-2807

**Legal Description:**

LT 8 & TRS 9B 11D & 12 BLK 428
SSBB

**Account No: 002-146-000-0008**

As of Date:   11/01/2013   APPR. DIST#: 0021460000008
Cause No :   2013-16814 Suit 2010-06881 Jud

Legal Acres:   .2511
Parcel Address:   2113  BASTROP ST
Print Date:   11/01/2013   Printed By:  LBCSOMOZA
2013 Value:   $79,454

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|---|---|
| 2008 | $136,000 | 1 | $729.83 | $759.02 | $0.00 | $1,488.85 |
| | | 40 | $245.61 | $255.44 | $0.00 | $501.05 |
| | | 41 | $19.46 | $20.24 | $0.00 | $39.70 |
| | | 42 | $11.19 | $11.63 | $0.00 | $22.82 |
| | | 43 | $121.25 | $126.11 | $0.00 | $247.36 |
| | | 44 | $3.69 | $3.83 | $0.00 | $7.52 |
| | | 48 | $58.33 | $60.66 | $0.00 | $118.99 |
| | | 61 | $403.02 | $419.14 | $0.00 | $822.16 |
| **Subtotals for 2008:** | | | **$1,592.38** | **$1,656.07** | **$0.00** | **$3,248.45** |
| 2009 | $38,750 | 1 | $99.02 | $88.72 | $0.00 | $187.74 |
| | | 40 | $33.57 | $30.08 | $0.00 | $63.65 |
| | | 41 | $2.50 | $2.24 | $0.00 | $4.74 |
| | | 42 | $1.40 | $1.25 | $0.00 | $2.65 |
| | | 43 | $16.45 | $14.74 | $0.00 | $31.19 |
| | | 44 | $0.51 | $0.46 | $0.00 | $0.97 |
| | | 48 | $7.90 | $7.08 | $0.00 | $14.98 |
| | | 61 | $54.68 | $48.99 | $0.00 | $103.67 |
| **Subtotals for 2009:** | | | **$216.03** | **$193.56** | **$0.00** | **$409.59** |
| 2011 | $60,000 | 1 | $245.79 | $149.44 | $0.00 | $395.23 |
| | | 40 | $83.12 | $50.54 | $0.00 | $133.66 |
| | | 41 | $5.97 | $3.63 | $0.00 | $9.60 |
| | | 42 | $3.95 | $2.40 | $0.00 | $6.35 |
| | | 43 | $40.84 | $24.84 | $0.00 | $65.68 |
| | | 44 | $1.40 | $0.86 | $0.00 | $2.26 |
| | | 48 | $20.66 | $12.56 | $0.00 | $33.22 |
| | | 61 | $135.74 | $82.53 | $0.00 | $218.27 |
| **Subtotals for 2011:** | | | **$537.47** | **$326.80** | **$0.00** | **$864.27** |
| 2012 | $60,000 | 1 | $511.09 | $237.15 | $0.00 | $748.24 |
| | | 40 | $176.84 | $82.05 | $0.00 | $258.89 |
| | | 41 | $12.41 | $5.76 | $0.00 | $18.17 |
| | | 42 | $8.62 | $4.00 | $0.00 | $12.62 |
| | | 43 | $80.49 | $37.35 | $0.00 | $117.84 |
| | | 44 | $2.92 | $1.35 | $0.00 | $4.27 |

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX   77098-2807

**Legal Description:**
LT 8 & TRS 9B 11D & 12 BLK 428
SSBB

**Legal Acres:**      .2511

**Account No: 002-146-000-0008**

**Parcel Address:**   2113  BASTROP ST

As of Date:    11/01/2013      APPR. DIST#: 0021460000008

**Print Date:**      11/01/2013        **Printed By:** LBCSOMOZA

Cause No :  2013-16814 Suit 2010-06881 Jud

**2013 Value:**      $79,454

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|----------------------|-----------------|-------|
| 2012 |                 | 48        | $42.93       | $19.91               | $0.00           | $62.84 |
|      |                 | 61        | $282.23      | $130.95              | $0.00           | $413.18 |
| **Subtotals for 2012:** | | | **$1,117.53** | **$518.52** | **$0.00** | **$1,636.05** |
| **TOTAL AMOUNT DUE:** | | | **$3,463.41** | **$2,694.95** | **$0.00** | **$6,158.36** |

**Tax Unit Codes:**

 1   Houston I.S.D.      **40**   Harris County      **41**   Harris County Flood Control Dist      **42**   Port of Houston Authority

**43**   Harris County Hospital District      **44**   Harris County Dept. of Education      **48**   Houston Community College System      **61**   City of Houston

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

# Partial Statement: Other Years and Tax Units may be due

## Totals By Tax Unit

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|-----------|--------------|----------------------|-----------------|-------|
| 1 | $1,585.73 | $1,234.33 | $0.00 | $2,820.06 |
| 40 | $539.14 | $418.11 | $0.00 | $957.25 |
| 41 | $40.34 | $31.87 | $0.00 | $72.21 |
| 42 | $25.16 | $19.28 | $0.00 | $44.44 |
| 43 | $259.03 | $203.04 | $0.00 | $462.07 |
| 44 | $8.52 | $6.50 | $0.00 | $15.02 |
| CW Total     40 - 44 | $872.19 | $678.80 | $0.00 | $1,550.99 |
| 48 | $129.82 | $100.21 | $0.00 | $230.03 |
| 61 | $875.67 | $681.61 | $0.00 | $1,557.28 |
| **TOTAL AMOUNT DUE:** | **$3,463.41** | **$2,694.95** | **$0.00** | **$6,158.36** |

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX 77098-2807

**Account No: 002-146-000-0008**
As of Date: 11/01/2013   APPR. DIST#: 0021460000008
Cause No : 2013-16814 Suit 2010-06881 Jud

**Legal Description:**

LT 8 & TRS 9B 11D & 12 BLK 428
SSBB

**Legal Acres:** .2511
**Parcel Address:** 2113 BASTROP ST
**Print Date:** 11/01/2013    **Printed By:** LBCSOMOZA
**2013 Value:** $79,454

STATE OF TEXAS
COUNTY OF HARRIS
I, MIKE SULLIVAN, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify this to be a
true and correct copy of the records of the Harris County Tax Office, for the tax year(s) indicated.

Witness my hand this _13_ day of _Nov_ 20_13_

**MIKE SULLIVAN**
**Tax Assessor-Collector**
**Harris County Texas**

By _____
   Deputy



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

# HARRIS COUNTY
# EXHIBIT A

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX 77098-2807

**Legal Description:**

LTS 6 & 7 & TRS 8A & 12 BLK 6
HOLMAN OUTLOT 40

| | |
|---|---|
| Legal Acres: | .3545 |

**Account No: 019-190-000-0006**

As of Date: 11/01/2013   APPR. DIST#: 0191900000006
Cause No : 2013-16814 Suit

Parcel Address: 0 STUART ST
Print Date: 11/01/2013   Printed By: LBCSOMOZA
2013 Value: $339,680

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|---|---|
| 2004 | $270,200 | 1 | $2,592.30 | $4,189.15 | $0.00 | $6,781.45 |
| | | 40 | $648.25 | $1,047.58 | $0.00 | $1,695.83 |
| | | 41 | $53.79 | $86.92 | $0.00 | $140.71 |
| | | 42 | $27.12 | $43.82 | $0.00 | $70.94 |
| | | 43 | $308.37 | $498.33 | $0.00 | $806.70 |
| | | 44 | $10.20 | $16.49 | $0.00 | $26.69 |
| | | 48 | $155.60 | $251.45 | $0.00 | $407.05 |
| | | 61 | $1,053.78 | $1,702.91 | $0.00 | $2,756.69 |
| **Subtotals for 2004:** | | | **$4,849.41** | **$7,836.65** | **$0.00** | **$12,686.06** |
| 2005 | $285,640 | 1 | $2,899.17 | $4,267.58 | $0.00 | $7,166.75 |
| | | 40 | $709.15 | $1,026.85 | $0.00 | $1,736.00 |
| | | 41 | $58.92 | $85.32 | $0.00 | $144.24 |
| | | 42 | $26.14 | $37.86 | $0.00 | $64.00 |
| | | 43 | $340.80 | $493.48 | $0.00 | $834.28 |
| | | 44 | $11.15 | $16.15 | $0.00 | $27.30 |
| | | 48 | $169.84 | $245.92 | $0.00 | $415.76 |
| | | 61 | $1,148.34 | $1,662.79 | $0.00 | $2,811.13 |
| **Subtotals for 2005:** | | | **$5,363.51** | **$7,835.95** | **$0.00** | **$13,199.46** |
| 2006 | $308,800 | 1 | $2,962.02 | $3,933.56 | $0.00 | $6,895.58 |
| | | 40 | $807.67 | $1,072.59 | $0.00 | $1,880.26 |
| | | 41 | $65.05 | $86.39 | $0.00 | $151.44 |
| | | 42 | $26.14 | $34.71 | $0.00 | $60.85 |
| | | 43 | $385.70 | $512.21 | $0.00 | $897.91 |
| | | 44 | $12.63 | $16.77 | $0.00 | $29.40 |
| | | 48 | $191.03 | $253.69 | $0.00 | $444.72 |
| | | 61 | $1,294.64 | $1,719.28 | $0.00 | $3,013.92 |
| **Subtotals for 2006:** | | | **$5,744.88** | **$7,629.20** | **$0.00** | **$13,374.08** |
| 2007 | $386,000 | 1 | $3,214.69 | $3,806.20 | $0.00 | $7,020.89 |
| | | 40 | $1,090.53 | $1,291.18 | $0.00 | $2,381.71 |
| | | 41 | $86.32 | $102.20 | $0.00 | $188.52 |
| | | 42 | $39.94 | $47.29 | $0.00 | $87.23 |
| | | 43 | $534.05 | $632.31 | $0.00 | $1,166.36 |
| | | 44 | $16.27 | $19.26 | $0.00 | $35.53 |

1.88

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL

**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX 77098-2807

**Legal Description:**
LTS 6 & 7 & TRS 8A & 12 BLK 6
HOLMAN OUTLOT 40

**Account No: 019-190-000-0006**
As of Date: 11/01/2013   APPR. DIST#: 0191900000006
Cause No : 2013-16814 Suit

Legal Acres:   .3545
Parcel Address:  0 STUART ST
Print Date:   11/01/2013   Printed By: LBCSOMOZA
2013 Value:   $339,680

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|---|---|
| 2007 | | 48 | $256.89 | $304.16 | $0.00 | $561.05 |
| | | 61 | $1,789.11 | $2,118.31 | $0.00 | $3,907.42 |
| **Subtotals for 2007:** | | | **$7,027.80** | **$8,320.91** | **$0.00** | **$15,348.71** |
| 2008 | $463,200 | 1 | $4,105.18 | $4,269.39 | $0.00 | $8,374.57 |
| | | 40 | $1,381.39 | $1,436.64 | $0.00 | $2,818.03 |
| | | 41 | $109.52 | $113.90 | $0.00 | $223.42 |
| | | 42 | $62.93 | $65.45 | $0.00 | $128.38 |
| | | 43 | $681.99 | $709.27 | $0.00 | $1,391.26 |
| | | 44 | $20.73 | $21.56 | $0.00 | $42.29 |
| | | 48 | $328.04 | $341.16 | $0.00 | $669.20 |
| | | 61 | $2,266.95 | $2,357.63 | $0.00 | $4,624.58 |
| **Subtotals for 2008:** | | | **$8,956.73** | **$9,315.00** | **$0.00** | **$18,271.73** |
| 2009 | $200,000 | 1 | $1,060.75 | $950.44 | $0.00 | $2,011.19 |
| | | 40 | $359.70 | $322.30 | $0.00 | $682.00 |
| | | 41 | $26.80 | $24.01 | $0.00 | $50.81 |
| | | 42 | $15.00 | $13.44 | $0.00 | $28.44 |
| | | 43 | $176.22 | $157.90 | $0.00 | $334.12 |
| | | 44 | $5.55 | $4.97 | $0.00 | $10.52 |
| | | 48 | $84.57 | $75.77 | $0.00 | $160.34 |
| | | 61 | $585.76 | $524.84 | $0.00 | $1,110.60 |
| **Subtotals for 2009:** | | | **$2,314.35** | **$2,073.67** | **$0.00** | **$4,388.02** |
| 2011 | $225,000 | 1 | $289.18 | $175.82 | $0.00 | $465.00 |
| | | 40 | $97.79 | $59.46 | $0.00 | $157.25 |
| | | 41 | $7.02 | $4.27 | $0.00 | $11.29 |
| | | 42 | $4.64 | $2.82 | $0.00 | $7.46 |
| | | 43 | $48.04 | $29.20 | $0.00 | $77.24 |
| | | 44 | $1.65 | $1.00 | $0.00 | $2.65 |
| | | 48 | $24.30 | $14.77 | $0.00 | $39.07 |
| | | 61 | $159.69 | $97.09 | $0.00 | $256.78 |
| **Subtotals for 2011:** | | | **$632.31** | **$384.43** | **$0.00** | **$1,016.74** |
| 2012 | $478,640 | 1 | $4,987.63 | $2,314.26 | $0.00 | $7,301.89 |
| | | 40 | $1,725.69 | $800.72 | $0.00 | $2,526.41 |
| | | 41 | $121.12 | $56.20 | $0.00 | $177.32 |

.1.88

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX 77098-2807

**Legal Description:**
LTS 6 & 7 & TRS 8A & 12 BLK 6
HOLMAN OUTLOT 40

**Account No: 019-190-000-0006**
As of Date:   11/01/2013   APPR. DIST#: 0191900000006
Cause No : 2013-16814 Suit

Legal Acres:       .3545
Parcel Address:   0 STUART ST
Print Date:       11/01/2013       Printed By: LBCSOMOZA
**2013 Value:**       **$339,680**

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|---|---|
| 2012 | | 42 | $84.17 | $39.06 | $0.00 | $123.23 |
| | | 43 | $785.46 | $364.45 | $0.00 | $1,149.91 |
| | | 44 | $28.53 | $13.24 | $0.00 | $41.77 |
| | | 48 | $419.01 | $194.42 | $0.00 | $613.43 |
| | | 61 | $2,754.25 | $1,277.98 | $0.00 | $4,032.23 |
| **Subtotals for 2012:** | | | **$10,905.86** | **$5,060.33** | **$0.00** | **$15,966.19** |

**TOTAL AMOUNT DUE:**       **$45,794.85**       **$48,456.14**       **$0.00**       **$94,250.99**

**Tax Unit Codes:**

1   Houston I.S.D.       40   Harris County       41   Harris County Flood Control Dist       42   Port of Houston Authority

43   Harris County Hospital District       44   Harris County Dept. of Education       48   Houston Community College System       61   City of Houston

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

# Partial Statement: Other Years and Tax Units may be due

**Totals By Tax Unit**

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|
| 1 | $22,110.92 | $23,906.40 | $0.00 | $46,017.32 |
| 40 | $6,820.17 | $7,057.32 | $0.00 | $13,877.49 |
| 41 | $528.54 | $559.21 | $0.00 | $1,087.75 |
| 42 | $286.08 | $284.45 | $0.00 | $570.53 |
| 43 | $3,260.63 | $3,397.15 | $0.00 | $6,657.78 |
| 44 | $106.71 | $109.44 | $0.00 | $216.15 |
| CW Total     40 - 44 | $11,002.13 | $11,407.57 | $0.00 | $22,409.70 |
| 48 | $1,629.28 | $1,681.34 | $0.00 | $3,310.62 |
| 61 | $11,052.52 | $11,460.83 | $0.00 | $22,513.35 |
| **TOTAL AMOUNT DUE:** | **$45,794.85** | **$48,456.14** | **$0.00** | **$94,250.99** |

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX  77098-2807

**Legal Description:**

LTS 6 & 7 & TRS 8A & 12 BLK 6
HOLMAN OUTLOT 40

| | |
|---|---|
| **Legal Acres:** | .3545 |

**Account No: 019-190-000-0006**

| | | | |
|---|---|---|---|
| As of Date: | 11/01/2013 | APPR. DIST#: 0191900000006 | |
| Cause No : | 2013-16814 Suit | | |

| | | | |
|---|---|---|---|
| **Parcel Address:** | 0 STUART ST | | |
| **Print Date:** | 11/01/2013 | **Printed By:** | LBCSOMOZA |
| **2013 Value:** | $339,680 | | |

STATE OF TEXAS
COUNTY OF HARRIS
I, MIKE SULLIVAN, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify this to be a
true and correct copy of the records of the Harris County Tax Office, for the tax year(s) indicated.

Witness my hand this *13* day of *Nov* 20 *13*

MIKE SULLIVAN
Tax Assessor-Collector
Harris County Texas

By _____
   Deputy

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL

**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**HARRIS COUNTY**
**EXHIBIT A**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX 77098-2807

**Legal Description:**

LT 3 BLK 34
WASHINGTON TERRACE

**Account No: 061-168-034-0003**

As of Date: 11/01/2013    APPR. DIST#: 0611680340003
Cause No : 2013-16814 Sui

Legal Acres:      .1326
Parcel Address:   3010 ALABAMA ST
Print Date:       11/01/2013       Printed By: LBCSOMOZA
2013 Value:       $31,500

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|---------------------|-----------------|-------|
| 2004 | $16,330 | 1 | $62.52 | $101.03 | $0.00 | $163.55 |
|  |  | 40 | $15.64 | $25.28 | $0.00 | $40.92 |
|  |  | 41 | $1.30 | $2.10 | $0.00 | $3.40 |
|  |  | 42 | $0.65 | $1.05 | $0.00 | $1.70 |
|  |  | 43 | $7.44 | $12.02 | $0.00 | $19.46 |
|  |  | 44 | $0.25 | $0.41 | $0.00 | $0.66 |
|  |  | 48 | $3.75 | $6.07 | $0.00 | $9.82 |
|  |  | 61 | $25.42 | $41.08 | $0.00 | $66.50 |
| **Subtotals for 2004:** | | | **$116.97** | **$189.04** | **$0.00** | **$306.01** |
| 2005 | $25,988 | 1 | $222.41 | $327.38 | $0.00 | $549.79 |
|  |  | 40 | $54.16 | $79.72 | $0.00 | $133.88 |
|  |  | 41 | $4.50 | $6.62 | $0.00 | $11.12 |
|  |  | 42 | $2.00 | $2.94 | $0.00 | $4.94 |
|  |  | 43 | $26.03 | $38.31 | $0.00 | $64.34 |
|  |  | 44 | $0.84 | $1.24 | $0.00 | $2.08 |
|  |  | 48 | $12.97 | $19.09 | $0.00 | $32.06 |
|  |  | 61 | $87.70 | $129.09 | $0.00 | $216.79 |
| **Subtotals for 2005:** | | | **$410.61** | **$604.39** | **$0.00** | **$1,015.00** |
| 2006 | $37,538 | 1 | $312.97 | $415.62 | $0.00 | $728.59 |
|  |  | 40 | $85.34 | $113.33 | $0.00 | $198.67 |
|  |  | 41 | $6.88 | $9.14 | $0.00 | $16.02 |
|  |  | 42 | $2.76 | $3.66 | $0.00 | $6.42 |
|  |  | 43 | $40.75 | $54.12 | $0.00 | $94.87 |
|  |  | 44 | $1.33 | $1.77 | $0.00 | $3.10 |
|  |  | 48 | $20.19 | $26.81 | $0.00 | $47.00 |
|  |  | 61 | $136.79 | $181.65 | $0.00 | $318.44 |
| **Subtotals for 2006:** | | | **$607.01** | **$806.10** | **$0.00** | **$1,413.11** |
| 2007 | $46,200 | 1 | $345.51 | $409.09 | $0.00 | $754.60 |
|  |  | 40 | $117.20 | $138.76 | $0.00 | $255.96 |
|  |  | 41 | $9.28 | $10.99 | $0.00 | $20.27 |
|  |  | 42 | $4.29 | $5.08 | $0.00 | $9.37 |
|  |  | 43 | $57.40 | $67.96 | $0.00 | $125.36 |
|  |  | 44 | $1.74 | $2.06 | $0.00 | $3.80 |

.1.88

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 2
HOUSTON, TX   77098-2807

**Legal Description:**
LT 3 BLK 34
WASHINGTON TERRACE

| | |
|---|---|
| **Legal Acres:** | .1326 |

**Account No: 061-168-034-0003**
**As of Date:** 11/01/2013   **APPR. DIST#:** 0611680340003
**Cause No :** 2013-16814

**Parcel Address:** 3010 ALABAMA ST
**Print Date:** 11/01/2013   **Printed By:** LBCSOMOZA
**2013 Value:** $31,500

## Totals By Tax Unit

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|
| 1 | $1,293.59 | $1,592.09 | $0.00 | $2,885.68 |
| 40 | $390.64 | $471.56 | $0.00 | $862.20 |
| 41 | $31.05 | $37.67 | $0.00 | $68.72 |
| 42 | $14.85 | $17.73 | $0.00 | $32.58 |
| 43 | $189.80 | $228.72 | $0.00 | $418.52 |
| 44 | $5.98 | $7.24 | $0.00 | $13.22 |
| CW Total    40 - 44 | $632.32 | $762.92 | $0.00 | $1,395.24 |
| 48 | $92.47 | $111.72 | $0.00 | $204.19 |
| 61 | $635.59 | $766.69 | $0.00 | $1,402.28 |
| **TOTAL AMOUNT DUE:** | **$2,653.97** | **$3,233.42** | **$0.00** | **$5,887.39** |

STATE OF TEXAS
COUNTY OF HARRIS
I, MIKE SULLIVAN, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify this to be a true and correct copy of the records of the Harris County Tax Office, for the tax year(s) indicated.

Witness my hand this __13__ day of __Nov__ 20 __13__

**MIKE SULLIVAN**
**Tax Assessor-Collector**
**Harris County Texas**
By _____
   Deputy

.1.88

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL

**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**HARRIS COUNTY**

**EXHIBIT A**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX  77098-2807

**Legal Description:**
LT 10 BLK 6
HOLMAN OUTLOT 65

**Legal Acres:** .1148
**Parcel Address:** 2311  WHEELER ST

**Account No: 019-268-000-0010**

**As of Date:** 11/01/2013    **APPR. DIST#:** 0192680000010
**Cause No:** 2013-16814 Suit

**Print Date:** 11/01/2013    **Printed By:** LBCSOMOZA
**2013 Value:** $37,500

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|----------------|-----------|--------------|----------------------|-----------------|-------|
| 2006 | $32,500 | 1 | $239.79 | $318.44 | $0.00 | $558.23 |
|  |  | 40 | $65.39 | $86.84 | $0.00 | $152.23 |
|  |  | 41 | $5.26 | $6.98 | $0.00 | $12.24 |
|  |  | 42 | $2.11 | $2.80 | $0.00 | $4.91 |
|  |  | 43 | $31.22 | $41.46 | $0.00 | $72.68 |
|  |  | 44 | $1.04 | $1.38 | $0.00 | $2.42 |
|  |  | 48 | $15.46 | $20.53 | $0.00 | $35.99 |
|  |  | 61 | $104.81 | $139.19 | $0.00 | $244.00 |
| **Subtotals for 2006:** | | | **$465.08** | **$617.62** | **$0.00** | **$1,082.70** |
| 2007 | $25,000 | 1 | $101.21 | $119.83 | $0.00 | $221.04 |
|  |  | 40 | $34.34 | $40.66 | $0.00 | $75.00 |
|  |  | 41 | $2.72 | $3.22 | $0.00 | $5.94 |
|  |  | 42 | $1.26 | $1.49 | $0.00 | $2.75 |
|  |  | 43 | $16.81 | $19.90 | $0.00 | $36.71 |
|  |  | 44 | $0.51 | $0.61 | $0.00 | $1.12 |
|  |  | 48 | $8.09 | $9.57 | $0.00 | $17.66 |
|  |  | 61 | $56.33 | $66.69 | $0.00 | $123.02 |
| **Subtotals for 2007:** | | | **$221.27** | **$261.97** | **$0.00** | **$483.24** |
| 2008 | $30,000 | 1 | $158.67 | $165.02 | $0.00 | $323.69 |
|  |  | 40 | $53.39 | $55.52 | $0.00 | $108.91 |
|  |  | 41 | $4.24 | $4.41 | $0.00 | $8.65 |
|  |  | 42 | $2.43 | $2.53 | $0.00 | $4.96 |
|  |  | 43 | $26.36 | $27.41 | $0.00 | $53.77 |
|  |  | 44 | $0.81 | $0.85 | $0.00 | $1.66 |
|  |  | 48 | $12.68 | $13.19 | $0.00 | $25.87 |
|  |  | 61 | $87.62 | $91.12 | $0.00 | $178.74 |
| **Subtotals for 2008:** | | | **$346.20** | **$360.05** | **$0.00** | **$706.25** |
| 2009 | $30,000 | 1 | $158.68 | $142.17 | $0.00 | $300.85 |
|  |  | 40 | $53.81 | $48.21 | $0.00 | $102.02 |
|  |  | 41 | $4.01 | $3.60 | $0.00 | $7.61 |
|  |  | 42 | $2.24 | $2.01 | $0.00 | $4.25 |
|  |  | 43 | $26.36 | $23.62 | $0.00 | $49.98 |
|  |  | 44 | $0.83 | $0.74 | $0.00 | $1.57 |

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL

**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX   77098-2807

**Legal Description:**
LT 10 BLK 6
HOLMAN OUTLOT 65

**Account No: 019-268-000-0010**
As of Date:   11/01/2013    APPR. DIST#: 0192680000010
Cause No :   2013-16814 Suit

**Legal Acres:**      .1148
**Parcel Address:**  2311  WHEELER ST
**Print Date:**      11/01/2013    **Printed By:**  LBCSOMOZA
**2013 Value:**       $37,500

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|---|---|
| 2009 | | 48 | $12.65 | $11.34 | $0.00 | $23.99 |
| | | 61 | $87.63 | $78.52 | $0.00 | $166.15 |
| **Subtotals for 2009:** | | | **$346.21** | **$310.21** | **$0.00** | **$656.42** |
| 2010 | $32,500 | 1 | $28.94 | $21.76 | $0.00 | $50.70 |
| | | 40 | $9.70 | $7.29 | $0.00 | $16.99 |
| | | 41 | $0.73 | $0.55 | $0.00 | $1.28 |
| | | 42 | $0.51 | $0.38 | $0.00 | $0.89 |
| | | 43 | $4.80 | $3.61 | $0.00 | $8.41 |
| | | 44 | $0.17 | $0.13 | $0.00 | $0.30 |
| | | 48 | $2.30 | $1.73 | $0.00 | $4.03 |
| | | 61 | $15.96 | $12.00 | $0.00 | $27.96 |
| **Subtotals for 2010:** | | | **$63.11** | **$47.45** | **$0.00** | **$110.56** |
| 2011 | $32,500 | 1 | $28.92 | $17.58 | $0.00 | $46.50 |
| | | 40 | $9.78 | $5.95 | $0.00 | $15.73 |
| | | 41 | $0.70 | $0.43 | $0.00 | $1.13 |
| | | 42 | $0.46 | $0.28 | $0.00 | $0.74 |
| | | 43 | $4.80 | $2.92 | $0.00 | $7.72 |
| | | 44 | $0.17 | $0.11 | $0.00 | $0.28 |
| | | 48 | $2.43 | $1.48 | $0.00 | $3.91 |
| | | 61 | $15.97 | $9.71 | $0.00 | $25.68 |
| **Subtotals for 2011:** | | | **$63.23** | **$38.46** | **$0.00** | **$101.69** |
| 2012 | $37,500 | 1 | $250.83 | $116.38 | $0.00 | $367.21 |
| | | 40 | $86.79 | $40.27 | $0.00 | $127.06 |
| | | 41 | $6.09 | $2.83 | $0.00 | $8.92 |
| | | 42 | $4.23 | $1.96 | $0.00 | $6.19 |
| | | 43 | $39.50 | $18.33 | $0.00 | $57.83 |
| | | 44 | $1.43 | $0.66 | $0.00 | $2.09 |
| | | 48 | $21.07 | $9.78 | $0.00 | $30.85 |
| | | 61 | $138.51 | $64.27 | $0.00 | $202.78 |
| **Subtotals for 2012:** | | | **$548.45** | **$254.48** | **$0.00** | **$802.93** |
| **TOTAL AMOUNT DUE:** | | | **$2,053.55** | **$1,890.24** | **$0.00** | **$3,943.79** |

.1.88



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX   77098-2807

**Legal Description:**
LT 10 BLK 6
HOLMAN OUTLOT 65

**Account No: 019-268-000-0010**

As of Date:   11/01/2013     APPR. DIST#: 0192680000010
Cause No :   2013-16814 Suit

**Legal Acres:**   .1148
**Parcel Address:**   2311  WHEELER ST
**Print Date:**   11/01/2013     **Printed By:**  LBCSOMOZA
**2013 Value:**   $37,500

**Tax Unit Codes:**

| 1 | Houston I.S.D. | 40 | Harris County | 41 | Harris County Flood Control Dist | 42 | Port of Houston Authority |
|---|---|---|---|---|---|---|---|
| 43 | Harris County Hospital District | 44 | Harris County Dept. of Education | 48 | Houston Community College System | 61 | City of Houston |

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

# Partial Statement: Other Years and Tax Units may be due

**Totals By Tax Unit**

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|
| 1 | $967.04 | $901.18 | $0.00 | $1,868.22 |
| 40 | $313.20 | $284.74 | $0.00 | $597.94 |
| 41 | $23.75 | $22.02 | $0.00 | $45.77 |
| 42 | $13.24 | $11.45 | $0.00 | $24.69 |
| 43 | $149.85 | $137.25 | $0.00 | $287.10 |
| 44 | $4.96 | $4.48 | $0.00 | $9.44 |
| CW Total    40 - 44 | $505.00 | $459.94 | $0.00 | $964.94 |
| 48 | $74.68 | $67.62 | $0.00 | $142.30 |
| 61 | $506.83 | $461.50 | $0.00 | $968.33 |
| **TOTAL AMOUNT DUE:** | **$2,053.55** | **$1,890.24** | **$0.00** | **$3,943.79** |

.1.88

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX   77098-2807

**Legal Description:**
LT 10 BLK 6
HOLMAN OUTLOT 65

| | |
|---|---|
| **Legal Acres:** | .1148 |
| **Parcel Address:** | 2311  WHEELER ST |

**Account No: 019-268-000-0010**

As of Date:   11/01/2013     APPR. DIST#: 0192680000010
Cause No :  2013-16814 Suit

| | | | |
|---|---|---|---|
| **Print Date:** | 11/01/2013 | **Printed By:** | LBCSOMOZA |
| **2013 Value:** | $37,500 | | |

STATE OF TEXAS
COUNTY OF HARRIS
I, MIKE SULLIVAN, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify this to be a true and correct copy of the records of the Harris County Tax Office, for the tax year(s) indicated.

Witness my hand this __13__ day of __Nov__ 20 __13__

MIKE SULLIVAN
Tax Assessor-Collector
Harris County Texas

By _____
  Deputy

.1.88

MIKE SULLIVAN
HARRIS COUNTY TAX ASSESSOR-COLLECTOR
1001 PRESTON AVE., SUITE 100
HOUSTON, TEXAS 77002

**HARRIS COUNTY**

**EXHIBIT A**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX  77098-2807

**Legal Description:**

LTS 9 & 10 BLK 1
SMITH FURNITURE CO SEC 2

**Account No: 019-203-001-0009**

As of Date:   11/01/2013    APPR. DIST#: 0192030010009
Cause No :   2013-16814 Suit

Legal Acres:      .1435
Parcel Address:  3506  NAGLE ST
Print Date:      11/01/2013      Printed By: LBCSOMOZA
**2013 Value:**      $50,000

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|----------------------|-----------------|-------|
| 2006 | $34,375 | 1 | $184.46 | $244.96 | $0.00 | $429.42 |
|  |  | 40 | $50.30 | $66.80 | $0.00 | $117.10 |
|  |  | 41 | $4.05 | $5.38 | $0.00 | $9.43 |
|  |  | 42 | $1.63 | $2.16 | $0.00 | $3.79 |
|  |  | 43 | $24.02 | $31.90 | $0.00 | $55.92 |
|  |  | 44 | $0.78 | $1.03 | $0.00 | $1.81 |
|  |  | 48 | $11.90 | $15.81 | $0.00 | $27.71 |
|  |  | 61 | $80.63 | $107.07 | $0.00 | $187.70 |
| **Subtotals for 2006:** |  |  | **$357.77** | **$475.11** | **$0.00** | **$832.88** |
| 2007 | $34,250 | 1 | $143.14 | $169.47 | $0.00 | $312.61 |
|  |  | 40 | $48.55 | $57.48 | $0.00 | $106.03 |
|  |  | 41 | $3.84 | $4.55 | $0.00 | $8.39 |
|  |  | 42 | $1.78 | $2.11 | $0.00 | $3.89 |
|  |  | 43 | $23.78 | $28.16 | $0.00 | $51.94 |
|  |  | 44 | $0.72 | $0.85 | $0.00 | $1.57 |
|  |  | 48 | $11.44 | $13.54 | $0.00 | $24.98 |
|  |  | 61 | $79.66 | $94.32 | $0.00 | $173.98 |
| **Subtotals for 2007:** |  |  | **$312.91** | **$370.48** | **$0.00** | **$683.39** |
| 2008 | $31,250 | 1 | $107.94 | $112.26 | $0.00 | $220.20 |
|  |  | 40 | $36.32 | $37.77 | $0.00 | $74.09 |
|  |  | 41 | $2.88 | $3.00 | $0.00 | $5.88 |
|  |  | 42 | $1.66 | $1.72 | $0.00 | $3.38 |
|  |  | 43 | $17.93 | $18.65 | $0.00 | $36.58 |
|  |  | 44 | $0.54 | $0.56 | $0.00 | $1.10 |
|  |  | 48 | $8.62 | $8.96 | $0.00 | $17.58 |
|  |  | 61 | $59.60 | $61.98 | $0.00 | $121.58 |
| **Subtotals for 2008:** |  |  | **$235.49** | **$244.90** | **$0.00** | **$480.39** |
| 2009 | $43,750 | 1 | $252.54 | $226.27 | $0.00 | $478.81 |
|  |  | 40 | $85.63 | $76.73 | $0.00 | $162.36 |
|  |  | 41 | $6.38 | $5.72 | $0.00 | $12.10 |
|  |  | 42 | $3.57 | $3.20 | $0.00 | $6.77 |
|  |  | 43 | $41.95 | $37.59 | $0.00 | $79.54 |
|  |  | 44 | $1.32 | $1.19 | $0.00 | $2.51 |

.1.88



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**

COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX  77098-2807

**Legal Description:**

LTS 9 & 10 BLK 1
SMITH FURNITURE CO SEC 2

**Legal Acres:** .1435

**Account No: 019-203-001-0009**

**Parcel Address:** 3506  NAGLE ST

**As of Date:** 11/01/2013 **APPR. DIST#:** 0192030010009

**Cause No:** 2013-16814 Suit

**Print Date:** 11/01/2013    **Printed By:** LBCSOMOZA

**2013 Value:** $50,000

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|----------------------|-----------------|-------|
| 2009 | | 48 | $20.13 | $18.04 | $0.00 | $38.17 |
| | | 61 | $139.45 | $124.95 | $0.00 | $264.40 |
| **Subtotals for 2009:** | | | **$550.97** | **$493.69** | **$0.00** | **$1,044.66** |
| 2010 | $45,313 | 1 | $18.08 | $13.60 | $0.00 | $31.68 |
| | | 40 | $6.07 | $4.56 | $0.00 | $10.63 |
| | | 41 | $0.45 | $0.34 | $0.00 | $0.79 |
| | | 42 | $0.33 | $0.25 | $0.00 | $0.58 |
| | | 43 | $3.00 | $2.26 | $0.00 | $5.26 |
| | | 44 | $0.10 | $0.08 | $0.00 | $0.18 |
| | | 48 | $1.45 | $1.09 | $0.00 | $2.54 |
| | | 61 | $9.98 | $7.50 | $0.00 | $17.48 |
| **Subtotals for 2010:** | | | **$39.46** | **$29.68** | **$0.00** | **$69.14** |
| 2011 | $45,313 | 1 | $18.09 | $11.00 | $0.00 | $29.09 |
| | | 40 | $6.11 | $3.72 | $0.00 | $9.83 |
| | | 41 | $0.44 | $0.27 | $0.00 | $0.71 |
| | | 42 | $0.29 | $0.18 | $0.00 | $0.47 |
| | | 43 | $3.00 | $1.82 | $0.00 | $4.82 |
| | | 44 | $0.10 | $0.06 | $0.00 | $0.16 |
| | | 48 | $1.51 | $0.91 | $0.00 | $2.42 |
| | | 61 | $9.99 | $6.08 | $0.00 | $16.07 |
| **Subtotals for 2011:** | | | **$39.53** | **$24.04** | **$0.00** | **$63.57** |
| 2012 | $56,250 | 1 | $467.71 | $217.02 | $0.00 | $684.73 |
| | | 40 | $161.83 | $75.09 | $0.00 | $236.92 |
| | | 41 | $11.36 | $5.27 | $0.00 | $16.63 |
| | | 42 | $7.89 | $3.67 | $0.00 | $11.56 |
| | | 43 | $73.66 | $34.18 | $0.00 | $107.84 |
| | | 44 | $2.67 | $1.24 | $0.00 | $3.91 |
| | | 48 | $39.29 | $18.23 | $0.00 | $57.52 |
| | | 61 | $258.28 | $119.84 | $0.00 | $378.12 |
| **Subtotals for 2012:** | | | **$1,022.69** | **$474.54** | **$0.00** | **$1,497.23** |
| **TOTAL AMOUNT DUE:** | | | **$2,558.82** | **$2,112.44** | **$0.00** | **$4,671.26** |

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX   77098-2807

**Account No: 019-203-001-0009**
As of Date:   11/01/2013      APPR. DIST#: 0192030010009
Cause No :   2013-16814 Suit

**Legal Description:**
LTS 9 & 10 BLK 1
SMITH FURNITURE CO SEC 2

Legal Acres:      .1435
Parcel Address:   3506  NAGLE ST
Print  Date:      11/01/2013      Printed By:  LBCSOMOZA
2013 Value:       $50,000

**Tax Unit Codes:**

| 1 | Houston I.S.D. | 40 | Harris County | 41 | Harris County Flood Control Dist | 42 | Port of Houston Authority |

| 43 | Harris County Hospital District | 44 | Harris County Dept. of Education | 48 | Houston Community College System | 61 | City of Houston |

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

# Partial Statement: Other Years and Tax Units may be due

## Totals By Tax Unit

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|---|---|---|---|---|
| 1 | $1,191.96 | $994.58 | $0.00 | $2,186.54 |
| 40 | $394.81 | $322.15 | $0.00 | $716.96 |
| 41 | $29.40 | $24.53 | $0.00 | $53.93 |
| 42 | $17.15 | $13.29 | $0.00 | $30.44 |
| 43 | $187.34 | $154.56 | $0.00 | $341.90 |
| 44 | $6.23 | $5.01 | $0.00 | $11.24 |
| CW Total    40 - 44 | $634.93 | $519.54 | $0.00 | $1,154.47 |
| 48 | $94.34 | $76.58 | $0.00 | $170.92 |
| 61 | $637.59 | $521.74 | $0.00 | $1,159.33 |
| **TOTAL AMOUNT DUE:** | **$2,558.82** | **$2,112.44** | **$0.00** | **$4,671.26** |

.1.88

# CERTIFIED DELINQUENT TAX STATEMENT DETAIL



**MIKE SULLIVAN**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON AVE., SUITE 100**
**HOUSTON, TEXAS 77002**

**Certified Owner:**
COHEN JAY H
1715 W ALABAMA ST OFC 3
HOUSTON, TX  77098-2807

**Legal Description:**
LTS 9 & 10 BLK 1
SMITH FURNITURE CO SEC 2

| | |
|---|---|
| **Legal Acres:** | .1435 |

**Account No: 019-203-001-0009**

**Parcel Address:** 3506  NAGLE ST

As of Date:   11/01/2013    APPR. DIST#: 0192030010009

**Print Date:** 11/01/2013    Printed By:  LBCSOMOZA

Cause No :  2013-16814 Suit

**2013 Value:** $50,000

STATE OF TEXAS
COUNTY OF HARRIS
I, MIKE SULLIVAN, Tax Assessor-Collector in and for Harris County, Texas, do hereby certify this to be a
true and correct copy of the records of the Harris County Tax Office, for the tax year(s) indicated.

Witness my hand this __13__ day of ___NOV___ 20 _13_

MIKE SULLIVAN
Tax Assessor-Collector
Harris County Texas

By _____
  Deputy